AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

WALTER PHILLIPS, On Behalf of Himself and
All Others Similarly Situated,
    Plaintiff,

  V.

MOLSON COORS BREWING COMPANY,
PETER H. COORS, W. LEO KIELY III,
CHARLES M. HERINGTON, FRANKLIN W.
HOBBS, RANDALL OLIPHANT, PAMELA
PATSLEY, WAYNE SANDERS, ALBERT C.
YATES, and JOHN DOES 1-30,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05 - 604

TO: (Name and address of Defendant)

Franklin W. Hobbs
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
Pursuant to 10 Del. C. §3114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Davis
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        AUG 1 7 2005

CLERK            DATE

_[signature]_
(By) DEPUTY CLERK

⹃AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>August 22, 2005 |
| NAME OF SERVER (PRINT)<br>Danny P. Randolph, Jr. | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Served: Franklin W. Hobbs, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Copies thereof were accepted by Mary T. Drummond at 11:20 a.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/23/05
              Date

*Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE  19899
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.