IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, on behalf of himself ) and all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOLSON COORS BREWING ) COMPANY, PETER H. COORS, W. LEO ) KIELY III, CHARLES M. HERINGTON, ) FRANKLIN W. HOBBS, RANDALL ) OLIPHANT, PAMELA PATSLEY, ) WAYNE SANDERS, ALBERT C. ) YATES, and JOHN DOES 1-30, ) ) | Civil Action No. 05-604 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of KENNETH J. VIANALE to represent Plaintiff Walter Phillips in this matter.

Dated: August 26, 2005

Respectfully submitted,

**CHIMICLES & TIKELLIS LLP**

By: _____
Pamela Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P. O. Box 1035
Wilmington, Delaware 19899
Tel:    302-656-2500

**Attorneys for Plaintiff**