## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 26th day of August, 2005, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order Granting Motion for Admission Pro Hac Vice and Certification to be served on the following registered agent by hand:

> Corporation Service Company
> 2711 Centerville Road, Suite 400
> Wilmington, Delaware 19808
> *as the registered agent of Molson Coors Brewing Company*

Robert R. Davis (No. 4536)