IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:05-cv-00604 (KAJ) |

## NOTICE OF ENTRY OF APPEARANCE

TO:   **CLERK OF THE COURT**
    **ALL COUNSEL ON ATTACHED CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that John D. Hendershot of the law firm of Richards, Layton & Finger, P.A., hereby enters his appearance on behalf of Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely, III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates in the above-titled action.

|  |  |
|---|---|
| Of Counsel.<br>Michael R. Young<br>Antonio Yanez, Jr.<br>Darren Gibson<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | /s/ John D. Hendershot<br>Charles F. Richards, Jr. (#701)<br>*richards@rlf.com*<br>Jeffrey L. Moyer (#3309)<br>*moyer@rlf.com*<br>John D. Hendershot (#4178)<br>*hendershot@rlf.com*<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, PO Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>*Attorneys for Defendants*<br>Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely, III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates |
| Dated: September 1, 2005 | |

## CERTIFICATE OF SERVICE

I, John D. Hendershot, hereby certify that on September 1, 2005, I electronically filed the foregoing "Notice of Entry of Appearance" with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

>Pamela S. Tikellis
>Robert J. Kriner
>A. Zachary Naylor
>Robert R. Davis
>Chimicles & Tikellis LLP
>One Rodney Square
>PO Box 1035
>Wilmington, DE 19899

I further certify that on September 1, 2005, the foregoing "Notice of Entry of Appearance" was sent to the following non-registered participants by First Class U.S. Mail:

| | |
|---|---|
| Thomas J. McKenna, Esq. | Kenneth Vianale, Esq. |
| Gainey & McKenna | Vianale & Vianale, LLP |
| 485 Fifth Avenue, 3rd Floor | 2499 Glades Road, Suite 112 |
| New York, NY 10017 | Boca Raton, FL 33431 |

>/s/ John D. Hendershot
>John D. Hendershot (#4178)
>*hendershot@rlf.com*

RLF1-2917462-1