UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30, ) ) ) ) ) ) ) ) Defendants. ) ) ) | Civil Action No. 1:05-CV-00604-KAJ) |

**STIPULATION AND PROPOSED ORDER**

It is hereby STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Defendants' time to answer, move, or otherwise respond to Plaintiffs' complaint is extended to October 27, 2005.

Dated: September 9, 2005

_____
Pamela S. Tikellis (#2172)
*pamelatikellis@chimicles.com*
A. Zachary Naylor (#4439)
*zacharynaylor@chimicles.com*
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899

Of Counsel:

Thomas J. McKenna
GAINEY & MCKENNA
485 Fifth Avenue, 3rd Floor
New York, New York 10017

Kenneth Vianale
VIANALE & VIANALE LLP
2499 Glades Road, Suite 112
Boca Raton, Florida 33431

*Attorney for Plaintiffs*


_____
Charles F. Richards, Jr. (#701)
*richards@rlf.com*
John D. Hendershot (#4178)
*hendershot@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

*Attorneys for Defendants*


SO ORDERED this ___ day of September, 2005.


_____
United States District Judge

2

**CERTIFICATE OF SERVICE**

I, John D. Hendershot, hereby certify that on September 9, 2005, I electronically filed the foregoing "Stipulation And Proposed Order" with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

>Pamela S. Tikellis (#2172)
>pamelatikellis@chimicles.com
>A. Zachary Naylor (#4439)
>zacharynaylor@chimicles.com
>CHIMICLES & TEKELLIS LLP
>One Rodney Square
>P.O. Box 1035
>Wilmington, Delaware 19899

>/s/ John D. Hendershot
>John D. Hendershot (#4178)
>*hendershot@rlf.com*