UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>Defendants. | : CIVIL ACTION NO.: 05-604-KAJ |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE         :
                          : ss.
COUNTY OF NEW CASTLE      :

I, Robert R. Davis, being duly sworn, according to law, deposes and says:

1. He is an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware.

2. He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiffs in the above-captioned matters.

3. On September 13, 2005, in accordance with 29 U.S.C. § 1132(h), I caused copies of the Complaint in Civil Action No. 05-604-KAJ to be mailed, by certified mail, return receipt requested to Mr. John Snow, U.S. Secretary of Treasury, Department of the

Treasury, 1500 Pennsylvania Avenue NW, Washington, D.C. 20220. A true and correct copy of the letter transmitting the Complaint is attached hereto as Exhibit "A."

4. On September 13, 2005, in accordance with 29 U.S.C. § 1132(h), I caused copies of the Complaint in Civil Action No. 05-604-KAJ to be mailed, by certified mail, return receipt requested to Ms. Elaine L. Chao, Secretary of Labor, U.S. Department of Labor, Frances Perkins Building, 200 Constitution Avenue NW, Washington, D.C. 20210. A true and correct copy of the letter transmitting the Complaint is attached hereto as Exhibit "B."

5. A true and correct copy of the original certified mail receipts obtained at the time of mailing are attached hereto as Exhibit "C."

6. A true and correct copy of the original signed and returned "green cards" return receipts, received by the undersigned affiant on September 27, 2005 are attached hereto as Exhibit "D."

Robert R. Davis (#4536)

SWORN TO AND SUBSCRIBED before me this 3rd day of October, 2005.

Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07

2