IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>Defendants. | C.A. No. 05-604-KAJ |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brian T. Ortelere, to represent Defendants Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates in this matter.

RLF1-2937558-1

| | |
|---|---|
| Of Counsel: | *Elizabeth C. Tucker* (signature)<br>Charles F. Richards, Jr. (#701) |
| Brian T. Ortelere<br>Tamsin J. Newman<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5150/5201<br>(215) 963-5001 (fax) | richards@rlf.com<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>John D. Hendershot (#4178)<br>hendershot@rlf.com<br>Elizabeth C. Tucker<br>tucker@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700 |
| Donald L. Havermann<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5072<br>(202) 739-3001 (fax)<br>Attorneys for Defendants Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates | Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates |

Dated: October 24, 2005

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This ____ day of _____, 2005, it is hereby ORDERED that the foregoing motion is GRANTED and that Brian T. Ortelere is admitted to practice *pro hac vice*.

_____
The Honorable Kent A. Jordan
United States District Judge

**CERTIFICATE OF SERVICE**

I, Elizabeth C. Tucker, hereby certify that on October 24, 2005, I caused to be served the foregoing Motion and Order for Admission *Pro Hac Vice* upon the following counsel of record:

**BY CM/ECF AND HAND DELIVERY:**

Pamela S. Tikellis
Robert J. Kriner
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899

**BY FACSIMILE:**

Thomas J. McKenna
Gainey & McKenna
485 Fifth Avenue, Third Floor
New York, New York 10017

Kenneth Vianale
Vianale & Vianale LLP
2499 Glades Road, Suite 112
Boca Raton, Florida 33431

/s/ Elizabeth C. Tucker
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*

RLF1-2937558-1