IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>Defendants. | C.A. No. 05-604-KAJ |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Donald L. Havermann, to represent Defendants Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates in this matter.

RLF1-2937554-1

Of Counsel:

Brian T. Ortelere
Tamsin J. Newman
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5150/5201
(215) 963-5001 (fax)

Donald L. Havermann
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5072
(202) 739-3001 (fax)
Attorneys for Defendants Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates

*/s/ Elizabeth C. Tucker*
Charles F. Richards, Jr. (#701)
richards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
John D. Hendershot (#4178)
hendershot@rlf.com
Elizabeth C. Tucker
tucker@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700

Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates

Dated: October 24, 2005

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This ___ day of _____, 2005, it is hereby ORDERED that the foregoing motion is GRANTED and that Donald L. Havermann is admitted to practice *pro hac vice*.

_____
The Honorable Kent A. Jordan
United States District Judge

RLF1-2937554-1

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that on October 24, 2005, I caused to be served the foregoing Motion and Order for Admission *Pro Hac Vice* upon the following counsel of record:

### BY CM/ECF AND HAND DELIVERY:

Pamela S. Tikellis
Robert J. Kriner
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899

### BY FACSIMILE:

Thomas J. McKenna
Gainey & McKenna
485 Fifth Avenue, Third Floor
New York, New York 10017

Kenneth Vianale
Vianale & Vianale LLP
2499 Glades Road, Suite 112
Boca Raton, Florida 33431

/s/ Elizabeth C. Tucker
Elizabeth C. Tucker (#4468)
tucker@rlf.com