IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>Defendants. | C.A. No. 05-604-KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that:

1. Plaintiffs will file an Amended Complaint on December 19, 2005;

2. Defendants will answer, move or otherwise respond to Plaintiffs' Amended Complaint on or before January 19, 2006;

3. If Defendants file a motion to dismiss, the briefing schedule on that motion shall be as follows:

    a. Defendants' opening brief in support of the motion shall be filed on or before January 19, 2006;

    b. Plaintiffs' answering brief in opposition to the motion shall be filed on or before February 13, 2006;

RLF1-2938408-1

    c. Defendants' reply brief in support of the motion to dismiss shall be filed on or before February 27, 2006.

4. If Defendants file a motion to dismiss, discovery will be stayed during the pendency of that motion.

| Of Counsel: | *Robert* (signature) |
|---|---|
| | Pamela S. Tikellis (#2172) |
| Thomas J. McKenna | *pamelatikellis@chimicles.com* |
| Gainey & McKenna | Robert J. Kriner (#2546) |
| 485 Fifth Avenue, 3rd Floor | *robertkriner@chimicles.com* |
| New York, New York 10017 | A. Zachary Naylor (#4439) |
| (212) 983-1300 | *zacharynaylor@chimicles.com* |
| | Robert R. Davis (#4536) |
| Kenneth Vianale | *robertdavis@chimicles.com* |
| Vianale & Vianale LLP | Chimicles & Tikellis LLP |
| 2499 Glades Road, Suite 112 | One Rodney Square, P.O. Box 1035 |
| Boca Raton, Florida 33431 | Wilmington, Delaware 19899-1035 |
| (561) 392-4750 | (302) 656-2500 |
| | Attorneys for Plaintiffs |

Dated: October 26, 2005

| | |
|---|---|
| Of Counsel:<br><br>Brian T. Ortelere<br>Tamsin J. Newman<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5150/5201<br>(215) 963-5001 (fax)<br><br>Donald L. Havermann<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5072<br>(202) 739-3001 (fax)<br>Attorneys for Defendants Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates | */s/ Elizabeth C. Tucker*<br>Charles F. Richards, Jr. (#701)<br>*richards@rlf.com*<br>Jeffrey L. Moyer (#3309)<br>*moyer@rlf.com*<br>John D. Hendershot (#4178)<br>*hendershot@rlf.com*<br>Elizabeth C. Tucker (#4468)<br>*tucker@rlf.com*<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br>Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates<br><br>Dated: October 26, 2005 |

**SO ORDERED** this ___ day of October, 2005

_____
The Honorable Kent A. Jordan
United States District Judge

RLF1-2938408-1