IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>Defendants. | C.A. No. 05-604-KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the Stipulation and Order entered by the Court on October 27, 2005 is hereby amended as follows:

1. Plaintiffs will file an Amended Complaint on January 19, 2006;

2. Defendants will answer, move or otherwise respond to Plaintiffs' Amended Complaint on or before March 20, 2006;

3. If Defendants file a motion to dismiss, the briefing schedule on that motion shall be as follows:

   a. Defendants' opening brief in support of the motion shall be filed on or before March 20, 2006;

    b. Plaintiffs' answering brief in opposition to the motion shall be filed on or before May 22, 2006;

    c. Defendants' reply brief in support of the motion to dismiss shall be filed on or before June 22, 2006.

4. If Defendants file a motion to dismiss, discovery will be stayed during the pendency of that motion.

Of Counsel:

Thomas J. McKenna
Gainey & McKenna
485 Fifth Avenue, 3rd Floor
New York, New York 10017
(212) 983-1300

Kenneth Vianale
Vianale & Vianale LLP
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
(561) 392-4750

Pamela S. Tikellis (#2172)
*pamelatikellis@chimicles.com*
Robert J. Kriner (#2546)
*robertkriner@chimicles.com*
A. Zachary Naylor (#4439)
*zacharynaylor@chimicles.com*
Robert R. Davis (#4536)
*robertdavis@chimicles.com*
Chimicles & Tikellis LLP
One Rodney Square, P.O. Box 1035
Wilmington, Delaware 19899-1035
(302) 656-2500
Attorneys for Plaintiffs

Dated: December 16, 2005

|  |  |
|---|---|
| Of Counsel: | *Elizabeth C. Tucker* (signature)<br>Charles F. Richards, Jr. (#701)<br>*richards@rlf.com* |
| Brian T. Ortelere<br>Tamsin J. Newman<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5150/5201<br>(215) 963-5001 (fax) | Jeffrey L. Moyer (#3309)<br>*moyer@rlf.com*<br>John D. Hendershot (#4178)<br>*hendershot@rlf.com*<br>Elizabeth C. Tucker (#4468)<br>*tucker@rlf.com*<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700 |
| Donald L. Havermann<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5072<br>(202) 739-3001 (fax)<br>Attorneys for Defendants Peter H. Coors, W. Leo Keily III, Charles M. Herrington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates | Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herrington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, and Albert C. Yates<br><br>Dated: December 16, 2005 |

**SO ORDERED** this ___ day of December, 2005

_____
The Honorable Kent A. Jordan
United States District Judge