IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>Defendants. | C.A. No. 05-604-KAJ |

## STIPULATION AND ORDER

WHEREAS, counsel for Plaintiffs and Defendants are working together to narrow the issues presented in the Amended Complaint and believe it would be mutually beneficial to postpone the filing of the Amended Complaint for a period of six weeks to achieve same.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the Stipulation and Order entered by the Court on December 16, 2005 is hereby amended as follows:

1. Plaintiffs will file an Amended Complaint on March 2, 2006;

2. Defendants will answer, move or otherwise respond to Plaintiffs' Amended Complaint on or before May 1, 2006;

3. If Defendants file a motion to dismiss, the briefing schedule on that motion shall be as follows:

   a. Defendants' opening brief in support of the motion shall be filed on or before May 1, 2006;

   b. Plaintiffs' answering brief in opposition to the motion shall be filed on or before July 3, 2006;

   c. Defendants' reply brief in support of the motion to dismiss shall be filed on or before July 31, 2006.

4. If Defendants file a motion to dismiss, discovery will be stayed during the pendency of that motion.

SIGNATURES OF COUNSEL ON FOLLOWING PAGE

| | |
|---|---|
| Of Counsel:<br><br>Thomas J. McKenna<br>Gainey & McKenna<br>485 Fifth Avenue, 3rd Floor<br>New York, New York 10017<br>(212) 983-1300<br><br>Kenneth Vianale<br>Vianale & Vianale LLP<br>2499 Glades Road, Suite 112<br>Boca Raton, Florida 33431<br>(561) 392-4750 | /s/ Robert R. Davis<br>Pamela S. Tikellis (#2172)<br>*pamelatikellis@chimicles.com*<br>Robert J. Kriner (#2546)<br>*robertkriner@chimicles.com*<br>A. Zachary Naylor (#4439)<br>*zacharynaylor@chimicles.com*<br>Robert R. Davis (#4536)<br>*robertdavis@chimicles.com*<br>Chimicles & Tikellis LLP<br>One Rodney Square, P.O. Box 1035<br>Wilmington, Delaware 19899-1035<br>(302) 656-2500<br>Attorneys for Plaintiffs<br><br>Dated: January 17, 2006 |
| Of Counsel:<br><br>Brian T. Ortelere<br>Tamsin J. Newman<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5150/5201<br>(215) 963-5001 (fax)<br><br>Donald L. Havermann<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5072<br>(202) 739-3001 (fax)<br>Attorneys for Defendants Peter H. Coors, W. Leo Keily III, Charles M. Herrington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates | /s/ John D. Hendershot<br>Charles F. Richards, Jr. (#701)<br>*richards@rlf.com*<br>Jeffrey L. Moyer (#3309)<br>*moyer@rlf.com*<br>John D. Hendershot (#4178)<br>*hendershot@rlf.com*<br>Elizabeth C. Tucker (#4468)<br>*tucker@rlf.com*<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br>Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herrington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, and Albert C. Yates<br><br>Dated: January 17, 2006 |

**SO ORDERED** this ____ day of January, 2006

_____
The Honorable Kent A. Jordan
United States District Judge