IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>　　　　　Defendants. | C.A. No. 05-604-KAJ |

## STIPULATION AND ORDER

WHEREAS, counsel for Plaintiffs and Defendants are in continuing discussions aimed at possibly narrowing the issues presented in the Amended Complaint and believe it would be mutually beneficial to postpone the filing of the Amended Complaint for a period of four weeks to continue these discussions.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the Stipulation and Order entered by the Court on December 16, 2005 is hereby amended as follows:

1. Plaintiffs will file an Amended Complaint on March 30, 2006;

2. Defendants will answer, move or otherwise respond to Plaintiffs' Amended Complaint on or before May 31, 2006;

3. If Defendants file a motion to dismiss, the briefing schedule on that motion shall be as follows:

   a. Defendants' opening brief in support of the motion shall be filed on or before May 31, 2006;

   b. Plaintiffs' answering brief in opposition to the motion shall be filed on or before July 31, 2006;

   c. Defendants' reply brief in support of the motion to dismiss shall be filed on or before August 31, 2006.

4. If Defendants file a motion to dismiss, discovery will be stayed during the pendency of that motion.

Of Counsel:

Thomas J. McKenna
Gainey & McKenna
485 Fifth Avenue, 3rd Floor
New York, New York 10017
(212) 983-1300

Kenneth Vianale
Vianale & Vianale LLP
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
(561) 392-4750

Pamela S. Tikellis (#2172)
*pamelatikellis@chimicles.com*
Robert J. Kriner (#2546)
*robertkriner@chimicles.com*
A. Zachary Naylor (#4439)
*zacharynaylor@chimicles.com*
Robert R. Davis (#4536)
*robertdavis@chimicles.com*
Chimicles & Tikellis LLP
One Rodney Square, P.O. Box 1035
Wilmington, Delaware 19899-1035
(302) 656-2500
Attorneys for Plaintiffs

Dated: March ___, 2006

| | |
|---|---|
| Of Counsel:<br><br>Brian T. Ortelere<br>Tamsin J. Newman<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5150/5201<br>(215) 963-5001 (fax)<br><br>Donald L. Havermann<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5072<br>(202) 739-3001 (fax)<br>Attorneys for Defendants Peter H. Coors, W. Leo Keily III, Charles M. Herrington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates | */s/ Elizabeth C. Tucker*<br>Charles F. Richards, Jr. (#701)<br>*richards@rlf.com*<br>Jeffrey L. Moyer (#3309)<br>*moyer@rlf.com*<br>John D. Hendershot (#4178)<br>*hendershot@rlf.com*<br>Elizabeth C. Tucker (#4468)<br>*tucker@rlf.com*<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br>Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herrington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, and Albert C. Yates<br><br>Dated: March 1, 2006 |

**SO ORDERED** this ___ day of March, 2006

_____
The Honorable Kent A. Jordan
United States District Judge