## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 30th day of March, 2006, I caused copies of the foregoing Amended Class Action Complaint for Violations of Erisa to be served on the following by e-filing:

>John Douglas Hendershot
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

Robert R. Davis (No. 4536)