IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, BARBARA ALBANESI, DAVID BARNES, CHAT CHATTERJEE, JAMES FREDERICKS, MICHAEL J. GANNON, ROBERT KLUGMAN, MICHAEL KRUTECK, VONDA MILLS, MICHAEL RUMLEY, BEN SCHWARTZ, KATHERINE L. MACWILLIAMS, HAROLD R. SMETHHILLS, JEFF MORGAN, ROB WITWER, TIMOTHY WOLF, W. LEO KIELY III, PETER H. COORS, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, and ALBERT C. YATES,<br><br>    Defendants. | C.A. No. 05-604-KAJ |

## NOTICE OF ENTRY OF APPEARANCE

TO: CLERK OF THE COURT
   ALL COUNSEL LISTED ON ATTACHED CERTIFICATE OF SERVICE

PLEASE ENTER the appearance of Charles F. Richards, Jr., Jeffrey L. Moyer, and Elizabeth C. Tucker and the firm Richards Layton & Finger, P.A., and Brian T. Ortelere, Donald L. Havermann and Tamsin J. Newman of Morgan Lewis & Bockius LLP in the above-captioned action as counsel to Defendants Barbara Albanesi, David Barnes, Chat Chatterjee, James Fredericks, Michael J. Gannon, Robert Klugman, Michael Kruteck, Vonda Mills, Michael Rumley, Ben Schwartz, Katherine L. MacWilliams, Harold R. Smethhills, Jeff Morgan, Rob

Witwer and Timothy Wolf. Defendants reserve the right to answer, move or otherwise respond to the complaint and specifically reserve all defenses available to them.

Of Counsel:

Brian T. Ortelere
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5150

Donald L. Havermann
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5072

Tamsin J. Newman
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6367

Attorneys for Defendants Barbara Albanesi, David Barnes, Chat Chatterjee, James Fredericks, Michael J. Gannon, Robert Klugman, Michael Kruteck, Vonda Mills, Michael Rumley, Ben Schwartz, Katherine L. MacWilliams, Harold R. Smethhills, Jeff Morgan, Rob Witwer and Timothy Wolf, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders and Albert C. Yates

/s/ Elizabeth C. Tucker
Charles F. Richards, Jr. (#701)
*richards@rlf.com*
Jeffrey L. Moyer (#3309)
*moyer@rlf.com*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
(302) 651-7700
Attorneys for Defendants

Dated: April 12, 2006

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that on April 12, 2006, I caused to be served the foregoing Notice of Entry of Appearance upon the following counsel of record in the manner indicated:

**BY CM/ECF:**

Pamela S. Tikellis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899

*[signature]*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*