# UNITED STATES DISTRICT COURT

District of Delaware

WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

MOLSON COORS BREWING, COMPANY, et.al.,

CASE NUMBER: 05-604-KAJ

Defendants

TO: (Name and address of Defendant)

Michael Rumley
c/o Charles F. Richards, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pamela S. Tikellis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

APR 19 2006
DATE

Evette Watson
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 10, 2006 | |
| NAME OF SERVER (PRINT) Danny P. Randolph, Jr. | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Michael Rumley c/o Charles F. Richards, Jr. of Richards, Layton & Finger, P.A. at One Rodney Square, P.O. Box 551, Wilmington, DE 19899; Copies thereof were accepted by Elizabeth C. Tucker, Esquire of Richards, Layton & Finger authorized to accept.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/10/06         *Danny P Randolph Jr*
                Date              Signature of Server

Chimicles & Tikellis LLP
One Rodney Square, Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.