# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-604-KAJ |
| v. | ) | |
| MOLSON COORS BREWING COMPANY, et al. | ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] ORDER

The Court, having considered the Motion to Dismiss the Consolidated Amended Class Action Complaint ("Motion") by Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, and Albert C. Yates, Barbara Albanesi, David Barnes, Chat Chatterjee, James Fredericks, Michael J. Gannon, Robert Klugman, Michael Kruteck, Vonda Mills, Jeff Morgan, Michael Rumley, Ben Schwartz, Rob Witwer, Timothy Wolf, Katherine L. MacWilliams and Harold R. Smethhills and all briefing and argument thereon, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED and that the above-captioned action is dismissed with prejudice.

_____
United States District Judge

RLF1-3020504-1