## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-604-KAJ |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, et al | ) ) | |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF TAMSIN J. NEWMAN IN
## SUPPORT OF DEFENDANTS' MOTION TO DISMISS

1.      I am an attorney at the firm of Morgan Lewis & Bockius LLP, counsel to the Defendants Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs. Randall Oliphant, Pamela Patsley, Wayne Sanders, and Albert C. Yates, Barbara Albanesi, David Barnes, Chat Chatterjee, James Fredericks, Michael J. Gannon, Robert Klugman, Michael Kruteck, Vonda Mills, Jeff Morgan, Michael Rumley, Ben Schwartz, Rob Witwer, and Harold R. Smethhills in the above-captioned action.

2.      I submit this Affidavit in support of Defendants' Motion to Dismiss the Amended Complaint.

3.      Submitted herewith are true and correct copies of the following:

| Exhibit | Description |
|---|---|
| 1 | 401(k) Savings Plan for Hourly Employees at the Memphis, Tennessee Brewery dated January 1, 1997 and Amendments Thereto |
| 2 | 401(k) Savings Plan for Hourly Employees at the Memphis, Tennessee Brewery Summary Plan Description and Prospectus dated June 2, 2004 |

| Exhibit | Description |
|---------|-------------|
| 3 | Coors Savings and Investment Plan dated January 1, 1997 and Amendments Thereto |
| 4 | Coors Savings and Investment Plan Summary Plan Description and Prospectus dated December 1, 2003 |
| 5 | Coors Savings and Investment Master Trust dated May 31, 1992 and Amendments Thereto |
| 6 | Memphis Plant Agreement between Coors Brewing Company – Memphis, Tennessee and Local Union 1196, Memphis, Tennessee Affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America – AFL-CIO, 2001-2005 |
| 7 | Affidavit of James G. Walker dated May 31, 2006 |
| 8 | Molson Coors, Schedule 14A Definitive Proxy Statement filed with the SEC on August 29, 2003 (excerpts)<br><br>*Full Text Available At*:<br>http://www.sec.gov/Archives/edgar/data/24545/000104746903029246/0001047469-03-029246-index.htm |
| 9 | Molson Coors, Form 8-K filed with the SEC on October 6, 2003<br><br>*Available At*:<br>http://www.sec.gov/Archives/edgar/data/24545/000089183603000577/0000891836-03-000577-index.htm |
| 10 | Molson Coors, Form DEFA14A filed with the SEC on October 1, 2004 (excerpts)<br><br>*Full Text Available At*:<br>http://www.sec.gov/Archives/edgar/data/24545/000104746904030233/0001047469-04-030233-index.htm |

| Exhibit | Description |
|---------|-------------|
| 11 | Molson Coors, Form 10-K, filed with the SEC on March 10, 2006 (excerpts) *Full Text Available At:* http://www.sec.gov/Archives/edgar/data/24545/000104746906003212/0001047469-06-003212-index.htm |
| 12 | Molson Coors, Form 10-Q, filed with the SEC on May 5, 2006 (excerpts) *Full Text Available At:* http://www.sec.gov/Archives/edgar/data/24545/000104746906006586/0001047469-06-006586-index.htm |
| 13 | List of Historical Stock Prices, from Yahoo! Finance *Available At:* http://finance.yahoo.com/q/hp?s=TAP&a=01&b=9&c=2005&d=04&e=30&f=2006&g=d |
| 14 | List of Historical Dividends, from Yahoo! Finance *Available At:* http://finance.yahoo.com/q/hp?s=TAP&a=01&b=9&c=2005&d=04&e=30&f=2006&g=v |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct, based upon my knowledge, information and belief.

Tamsin J. Newman

Dated: May 30, 2006

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2006, copies of the Affidavit of Tamsin

J. Newman in Support of Defendants' Motion to Dismiss were served upon the following counsel

of record in the manner indicated:

**BY CM/ECF:**

Pamela S. Tikellis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899

Elizabeth C. Tucker (#4468)
*tucker@rlf.com*