# EXHIBIT 6
# Part 2 of 2

## ARTICLE XXVII
## BEREAVEMENT LEAVE

In the event of a death, in a regular employee's immediate family (mother, father, spouse, children, brother, sister, mother-in-law, father-in-law, stepfather, stepmother, half brother, half sister, stepbrother, stepsister, brother-in-law, sister-in-law, grandchildren, grandparents and spouse's grandparents) that employees shall be given three (3) days of leave, and he/she shall be paid his/her regular straight-time rate for such leave, provided that the employee attends the funeral. An Employee assigned to a twelve (12) hour schedule will be paid twelve (12) hours pay for each day of bereavement leave.

This provision shall be applicable only to employees who are scheduled to work at the time of and immediately following the death; provided, however, that Saturdays, Sundays, and holidays, as provided in ARTICLE XII, shall not be included as part of the leave. Such leave, if taken, must be taken at the time of death. Notice of intended leave must be given to the Company as much in advance of the commencement of the leave as is possible.

## ARTICLE XXVIII
## JURY DUTY PAY

Whenever an employee is required to serve on the jury for a federal, state, county or city court on his/her scheduled workday, he/she shall be paid the difference between the straight-time day shift rate and jury pay for each day of such service.

## ARTICLE XXIX
## HEALTH AND WELFARE

Section 1.

The Company will furnish the following benefits to its regular bargaining unit employees at the Memphis Brewery at the date of hire.

A. Group Life and Group Accident Death and Dismemberment Insurance in the amount of Eighteen Thousand and no/100 Dollars ($18,000.00).

B. Effective April 1, 2001 and through April 1, 2005, the Sickness and Accident schedule is:

(1) April 1, 2001    $390.00
(2) April 1, 2002    $405.00
(3) April 1, 2003    $420.00
(4) April 1, 2004    $435.00

For a maximum of one hundred eighty (180) days for any one accident or illness, per diagnosis and which is payable from the first day of an accident or the eighth day of an illness, which begins the first day of disability excluding occupational injuries compensable under Tennessee's Worker's Compensation Act. The one hundred eighty (180) day period per diagnosis benefit will continue while the employee is off work and will be picked up and continued if the employee again misses work for that diagnosis within the six (6) months following the end of the leave of absence. Vacation may be utilized during medical leave of absence, but under no circumstances will vacation be used to extend the medical leave of absence beyond the 180-day period.

C. The Comprehensive Medical Care Plan for Hourly Employees contained in the booklet dated January 1983, which is furnished to each eligible employee. Such benefits shall not cover occupational injuries covered under Workers' Compensation laws of the state wherein the plant covered by this Article is located. Effective June 1, 1979, the aggregate benefit with respect to all covered medical expenses, including those charged to the maximum under the prior plans, shall not exceed $500,000 for each participant, except in the case of those employees who are covered under the Preferred Provider Organization Plan, the maximum shall not exceed $1,000,000.

During the life of this Agreement, the Company shall maintain the Health and Welfare Benefits currently in effect as identified in the Indemnity insurance plan and a Preferred Provider Organization enhanced plan.

Effective January 1, 2002, the Coors Brewing Company plan in which the majority of Employees are enrolled will be the primary coverage and Employees who desire the PPO or the Indemnity Plan will pay the monthly cost difference between the CBC Primary Plan and the PPO, or the CBC Primary Plan and the Indemnity Plan. In no case will an Employee ever receive compensation back.

Coors Brewing Company will provide Employees a summary of benefits for all plan options and Employee cost-sharing during the open enrollment period of each new benefit plan year.

The maximum yearly out-of-pocket expense for singles is limited to eighty (80) hours pay at the production employees' straight time hourly rate, and per family limited to two hundred and forty (240) hours pay at the production employees' straight-time rate under the Indemnity plan and $1,100 individual and $2,200 Family (in-network); $2,100 individual and $4,200 family (out-of-network) under the Preferred Provider Organization plan.

## COORS BREWING COMPANY - MEMPHIS
### INDEMNITY and Preferred Provider Organization

| COVERAGE ITEM | INDEMNITY | PPO IN-NETWORK | PPO OUT-NETWORK |
|---|---|---|---|
| Lifetime Maximum | $500,000.00 | $1,000,000.00 | $1,000,000.00 |
| **Office Visit** | | | |
| Routine Physicals | not covered | $10 per visit | 80% R&C |
| well-child care | not covered | $10 per visit | 80% R&C |
| Well woman exams | not covered | $10 per visit | 80% R&C |
| Illness or injury | 85% R&C | $10 per visit | 80% R&C |
| Allergy Treatment | 85% R&C | $10 per visit | 80% R&C |
| Routine Mammogram | not covered | $10 per test/yr. | 80% R&C |
| **Prescription Drugs** | 85% R&C | $10 per prescription | 80% R&C |
| Mail Order | not applicable | $10 per 90 day supply | not covered |
| **Maternity Care** | | | |
| Prenatal & post office visits | 85% R&C | $10 per visit | 80% R&C |
| Hospital Charges | 85% R&C | 90% of charges | 80% R&C |
| Delivery Charges | 85% R&C | 90% of charges | 80% R&C |
| **Emergency Care** | | | |
| Office Visit | 100% R&C | $10 per visit | 80% R&C |
| Hospital/Urgent Care | 85% R&C | 90% of charges | 80% R&C |
| **Hospital Inpatient** | | | |
| Doctor's visit | 85% R&C | 90% of charges | 80% R&C |
| Surgeon's Fees | 85% R&C | 90% of charges | 80% R&C |
| Outpatient Surgical facility | 100% of charges | 90% of charges | 80% R&C |
| Second Surgical Opinion (Voluntary) | 100% of charges | $10 per visit | 80% R&C |
| **X-Rays and Laboratory** | | | |
| Office Visit | 85% R&C | 90% of charges | 80% R&C |
| Lab & X-Ray Facility | 85% R&C | 90% of charges | 80% R&C |
| Inpatient or outpatient | | | |
| Surgical Facility | 85% R&C | 90% of charges | 80% R&C |
| Chiropractic Therapy | 85% R&C | 90% of charges 60 visits per year | Not Covered |

| COVERAGE ITEM | INDEMNITY | PPO IN-NETWORK | PPO OUT-NETWORK |
|---|---|---|---|
| Skilled Nursing Facility | 85% R&C | 90% of charges 60 days/Max. per yr. | 80% R&C 60 days/max. per yr. |
| Home Health Care | 85% R&C 60 visits per year | 90% of Charges 60 visits/max. per yr. | 80% R&C 60 visits/max. per yr. |
| **Hospice Care** | | | |
| Inpatient | 85% R&C | 90% of charges | 80% R&C |
| Outpatient | 85% R&C | 90% of charges | 80% R&C |
| **Mental Health Services** | | | |
| Inpatient | EAP 100% of 1st $500, then 85% of R&C | 90% of charges 30 days/max. yr. | 80% R&C |
| Outpatient | EAP 100% of 1st $500, then 85% of R&C | 90% of charges | 80% R&C |
| Group Therapy | EAP 100% of 1st $500, then 85% of R&C | $10 per visit | 80% R&C |
| **Substance Abuse Treatment** | | | |
| Inpatient | EAP 100% of 1st $500, then 85% of R&C | 90% of charges 30-day lifetime max. | 80% R&C 30-day lifetime max. |
| Outpatient | EAP 100% of 1st $500, then 85% of R&C | $10 per visit 20 visits max./yr. | 80% R&C 20 visits max./yr. |
| **Annual Deductible** | | | |
| Individual | None | None | None |
| Family | None | None | None |
| Preadmission Certification | Patient responsible for Approvals | Care Physician Handles | Patient responsible for Approvals |
| **Amount out-of-pocket Max.** | | | |
| Individual | 80 hrs. @ prod. rate | $1,100 | $2,100 |
| Family | 240 hrs. @ prod. rate | $2,200 | $4,200 |
| **Vision Care** | | | |
| Examination | $35 Max. Schedule | 90% of charges discount program | not covered |
| Frames | | | not covered |
| Second Surgical Opinion | 100% R&C | 90% of Charges | 80% R&C |
| Rehabilitation | 85% R&C | 90% of Charges | 80% R&C |

R&C - Reasonable and Customary

(1) The Company, with the consent of the Brewery Conference, can institute preadmission, concurrent, and post-hospitalization review certification programs to determine medical necessity. If programs are instituted, employees may be subject to 50% reduction in benefits for failure to comply with the program. The Company may also institute other cost containment administrative restrictions as a condition of maintaining the current level of benefits.

D. The Dental Care Program for Hourly Employees as contained in the current booklet, which is furnished to each eligible employee. Such benefits shall not cover occupational injures covered under the Workers' Compensation law of the state of Tennessee.

E. Vision Care Plan will provide the following coverage per indemnity plan.

| Care Provided | Maximum Allowance |
| --- | --- |
| Examinations (with or without tonometry) | $35.00 |
| Lenses (Pair) | |
| Single | $20.00 |
| Bifocal | $30.00 |
| Trifocal | $40.00 |
| Aphakic | $60.00 |
| Lenticular | $80.00 |
| Contacts | $75.00 |
| Frames | $20.00 |

Frequency of twenty-four (24) months for frames and twelve (12) months for lenses and examinations. Such benefits shall not cover occupational injuries covered under the Workers' Compensation laws of the state of Tennessee, or enhanced vision plan under PPO.

F. Life Insurance Coverage for the regular employee's spouse in the amount of Five Thousand and no/100 Dollars ($5,000.00).

G. Effective June 1, 1988, the spouse no longer needs to reside with the employee for continued coverage.

H. Effective April 1, 1994, employees will be provided the option to purchase supplemental life insurance for themselves and their allowable dependents. Effective April 1, 2001, Employees will be provided the option to purchase Voluntary Accidental Death and Dismemberment insurance for themselves and their eligible dependents.

I. Employees will be eligible to purchase continued health care coverage from the date of early

34

retirement to age 65 or until Medicare is available at the appropriate negotiated rates of the current health care plan for each year through the duration of the contract. The spouse of a deceased retiree will be allowed to purchase continued health care coverage from the date of the retiree's death to the spouse's 65th birthdate or until Medicare is available at the established health care coverage rates. Coverage will terminate upon Medicare coverage, remarriage or participation in another healthcare plan.

J. For all health and welfare benefits, dependents will be limited to age 19, unless the eligible dependent is a full time student, in which case the dependent age limitation will be to age 25. For eligible handicapped dependents (IRS definition), there is no age limit.

Section 2.

Coverage for all employees shall cease upon termination of actual employment except that in the case of laid-off regular employees who have coverage and are terminated because of lack of work, and in the case of extended illness, (over twelve (12) months), coverage shall continue to the end of the third month following the month in which the employee last worked, except for Sickness and Accident Benefit coverage which terminates at the end of the month in which the employee is laid off. Laid-off employees previously covered shall be immediately reinstated to coverage upon return to work.

If an employee is injured on the job, coverage shall continue until such employee returns to work. However, coverage will not be continued for a period of more than twelve (12) months. Employees who are either discharged or quit shall have coverage terminated as of the close of the day on which they quit or are discharged.

If an employee is granted a leave of absence, the Company shall collect from said employee, prior to the leave of absence being effective, sufficient monies to pay the Health and Welfare coverage during the period of absence.

Section 3.

In accordance with the Company's obligation under the Employee Retirement Income Security Act, the Company will prepare and furnish to all eligible employees a comprehensive booklet setting forth all the benefits set forth in Section 1 above, which booklet shall be incorporated by reference herein.

Section 4.

The Company will continue the 401-K program. Employees could elect withholding in increments authorized by applicable law, subject to the IRS cap, as implemented in the rules governing the program.

There will be several investment alternatives.

35

Employees will receive quarterly statements with their 401-K balance and investment information included.

Withdrawals while employed would not be permitted, with the exception of those withdrawals allowed by law. Upon termination of employment, the money would be paid out in accordance with the plan document and applicable state and federal laws.

Six (6) months prior to the expiration of the collective bargaining agreement, the parties shall meet and review the 401-K program.

## ARTICLE XXX.
## PENSIONS

The Company shall contribute $124.00 per week to the Central States, Southeast and Southwest Areas Pension Fund for each regular employee covered by this Agreement who has been on the payroll thirty (30) days or more.

This fund shall be the Central States, Southeast and Southwest Areas Pension Fund. There shall be no other pension fund under this Agreement for operations under this Agreement or for operations under the Central States Areas Agreements to which Employers who are party to this Agreement are also parties.

By execution of this Agreement, the Employer authorizes the Employers' Associations which are parties hereto to enter into appropriate trust agreements necessary for the administration of such Fund, and to designate the Employer Trustees under such agreement, hereby waiving all notice thereof and ratifying all actions already taken or to be taken by such Trustees within the scope of their authority.

If an employee is absent because of illness or off-the-job injury and notifies the Employer of such absence, the Employer shall continue to make the required contribution for a period of four (4) weeks. If an employee is injured on the job, the Employer shall continue to pay the required contributions until such employee returns to work, however, such contributions shall not be paid for a period of more than twelve (12) months. If an employee is granted a leave of absence, the Employer shall collect from said employee, prior to the leave of absence being effective, sufficient monies to pay the required contributions into the Pension Fund during the period of absence.

Contributions to the Pension Fund must be made for each week of each regular or extra employee, even though such employee may work only part time under the provisions of this Agreement, including weeks where work is performed for the Employer but not under the provisions of this Agreement, and although contributions may be made for those weeks into some other pension fund shall not be covered by the provisions of this paragraph. Action for delinquent Health and Welfare and Pension contributions may be instituted by the Local Union, the Area Conference, or the

Trustees. Employers who are delinquent must also pay all attorneys' fees and costs of collection.

## ARTICLE XXXI.
## NO STRIKES - NO LOCKOUTS

There are to be no strikes, work stoppages, concerted interference with normal operations, or lockouts during the term of this Agreement.

## ARTICLE XXXII.
## ENTERING ON STRUCK AND/OR PICKETED PREMISES

It shall not constitute a breach of this Agreement or cause for disciplinary action for any employee to refuse to enter upon the premises of the Company, if a lawful primary picket line exists at such premises, and if such refusal does not constitute a violation of subsection 303(a) of the Taft-Hartley Act, as amended, or the premises of any other company if the employees of such other company are engaged in a lawful primary strike, ratified or approved by a representative of such employees whom such employer is required to recognize under the Taft-Hartley Act, as amended. Powerhouse employees must, however, remain at work until they have secured their jobs, but shall not be required to stay longer than one (1) hour.

## ARTICLE XXXIII.
## SUBCONTRACTING

The Company shall have the right to subcontract production and/or maintenance work as provided below:

Section 1. The Company shall have the right to contract out maintenance work incident to major projects in which the Company incurs capital costs equal to, or in excess of $2 Million, provided, however, that no Memphis Plant Maintenance Employees are on lay-off status at the commencement of such major project work, and provided further, that performance of such maintenance work by contractor(s), for the major project, shall not directly cause the lay-off of any maintenance employees who would otherwise have remained actively at work.

Section 2. Other than for major projects, as stated in Section 1 above, the Company may contract-out maintenance work if the regular maintenance employees affected by the subcontracting are fully employed at the time of any such subcontracting. The term "fully employed" shall mean working or having been offered work of sixty (60) hours in the affected seven (7) day week, Monday through Sunday, provided further, that such contracting out shall not directly cause the layoff of maintenance department craftspeople who would otherwise have remained actively at work. It is not the intent of this Section to authorize the Company to contract out routine maintenance work performed within the Plant.

Section 3. The Company may contract out maintenance work if the work requires specialized

skills and/or equipment, or if it is not practicable or efficient for the Company to obtain necessary major tools or equipment (or the same would be used only in isolated or infrequent instances).

Section 4. The Company may contract-out work involving service contracts and warranties of reasonable duration, including work required in start-up and/or close down or erection of facilities, new equipment and new units.

Section 5. Prior to any subcontracting, the Union shall be notified, except for situations where time does not permit. The Company will maintain a job order reference book to provide such notice to the Maintenance Day Shift Steward. Reference will be provided in such book for the subcontracted work described, the duration of such work, the identity of the contractor or subcontractor if known, and the space for the Maintenance Day Shift Steward to sign and date the book with respect to the date such Steward receives such notice.

Section 6. Nothing in this ARTICLE XXXIII shall interfere with the Company's historic management functions and prerogatives to manage its Plant and business and direct its working forces of production and maintenance employees to permanently terminate or discontinue any work or function, subject to the terms of ARTICLE III, Section 6.

## ARTICLE XXXIV.
## INSTALLATION OF NEW MACHINERY
## CHANGES IN PRODUCTION METHODS AND/OR DEVICES

When any new or changed or eliminated methods or schedules of work or production, materials, equipment, products or facilities are introduced by the Company that have the effect of reducing or increasing job responsibilities or the number of jobs in any department, the Union shall be notified. After the operation is in effect, the Union shall have the opportunity of immediately reviewing the assigned manpower with the Company.

## ARTICLE XXXV.
## RESPONSIBILITY OF EMPLOYEES
## WHEN TAKEN AWAY FROM ASSIGNED WORK

In the event a supervisor takes an employee away from an operation which he/she is performing and assigns him/her to work in the same area or another area of the plant, that employee shall not be held responsible for anything which may happen to the operation from which he/she was removed during the time the supervisor required him/her to be away from it.

## ARTICLE XXXVI.
## SEVERABILITY

Should any part hereof or any provision herein contained be rendered illegal or an unfair labor practice by reasons of any existing or subsequently enacted legislation or by any authorized

government agency, including the National Labor Relations Board, such invalidation shall not affect the remaining portions hereof; provided, however, in such a contingency, the parties shall promptly meet and negotiate substitute provisions for those parts or provisions rendered or declared illegal or an unfair labor practice.

## ARTICLE XXXVII.
## SALVAGE MATERIALS

Notice of salvage materials being available will be posted on the bulletin boards. The Company will continue to give employees salvage material, which are not to be sold, on first come, first serve basis. Salvage materials which are to be sold will be available to employees who make timely application and who offer to purchase such materials in identical lots and prices as may have been offered by outside buyers. These provisions will be administered on a nondiscriminatory basis.

## ARTICLE XXXVIII.
## CREDIT UNION CHECK-OFF

Should employees desire to establish a credit union, the Company will provide a check-off for all deposits.

## ARTICLE XXXIX.
## PERSONAL LEAVE

Employees will be entitled to five (5) days paid personal leave each year, if earned. Employees working, recalled, or hired between January 1 to March 14 will be entitled to five (5) days paid personal leave each year. Those newly hired or recalled for the first time in the calendar year March 15 to May 25 will be entitled to four (4) days paid personal leave each year. Those newly hired or recalled for the first time in the calendar year between May 26 to August 6 will be entitled to three (3) days paid personal leave. Those newly hired or recalled for the first time in the calendar year between August 7 to October 18 will be entitled to two (2) days paid personal leave. Those newly hired or recalled for the first time in the calendar year between October 19 to December 31 will be entitled to one (1) day paid personal leave. In the event an employee does not use said earned leave days, or any portion thereof, the employee will be paid for the days not taken. There shall be no accumulation of paid personal leave from year to year.

Any consecutive days of absence taken as non-leave will be counted toward a chargeable incident under the absence and tardy program.

## ARTICLE XL.
## SEVERANCE

If the Company permanently shuts down the brewery covered by this Agreement and finds it necessary to permanently lay off or terminate employees on the seniority list as a result thereof, the

Company shall pay the affected employee a lump sum payment (excluding legally required deductions) in the amount of one (1) week of pay (40 hours times the employee's regular hourly rate) for each two (2) full years of service as of the end of the month in which the employee last worked.

In the event of a sale or transfer of the brewery to a third party and such third party offers employment to employees covered by this Agreement, the employees must accept the offered employment and are not entitled to severance. Those employees not offered employment will be paid the severance.

## ARTICLE XLI
## MAINTENANCE OF STANDARDS

The Company and the Union agree that any practices or understandings documented in writing, and which contain additional and supplemental terms and conditions of employment for the Memphis plant of the Coors Brewing Company during from and after February 1, 1991, relating to general working conditions not expressly covered by this Agreement and in effect at the time of the execution of this Agreement, shall be maintained and the terms and conditions of employment shall be improved wherever specific provisions for improvement are made elsewhere in this Agreement. Nothing in this Article will be interpreted to prevent the Company from changing crew sizes, manning requirements or assignments as may be warranted in the day-to-day operation of the Company's business, provided no such documented practices or understandings may conflict with any express provisions of this Agreement.

## ARTICLE XLII
## MANAGEMENT

The parties recognize that the Company retains in historic management functions and prerogatives. Except as otherwise expressly limited by the specific, written articles of this Agreement, the management of the Company, its physical plant, real estate, business, and the direction of its working forces is vested exclusively in the Company. Such exclusive management functions include the right to plan, direct, and control operations and use of all equipment and other property of the Company; relieve employees from duty for lack of work or any other legitimate reason; to suspend and to discipline (including to suspend and to discharge) employees for just cause; to transfer or changed, modified, or new production and/or maintenance methods, equipments, and/or facilities and to change or modify or assign new job requirements accordingly; to establish and enforce Company Plant Rules and Regulations for its employees, if such rules and regulations have been provided to the Union and the Union has had an opportunity to review and discuss same with the Company prior to implementation of same by the Company, provided that such rules and regulations are not in violation of a specific, written article of this Agreement; to involve employees in employee communication programs to improve the quality of work life; to study and implement regulations to meet the food-plant status of the Memphis Brewery. Such exclusive management functions and rights of the Company shall not be subject to the grievance and arbitration provisions of this Agreement unless exercised by the Company in a manner which is in violation of a specific, written Article of this Agreement.

## ARTICLE XLIII
## TUITION REIMBURSEMENT

Employees shall be eligible to participate in the Coors Tuition Reimbursement Program in accordance with its express terms.

## ARTICLE XLIV
## DRUG TESTING

Reasonable cause testing will be done in accordance with Company utilization of its management rights and applicable law. Random and any other drug testing will be automatically applied to the Memphis Bargaining Unit if, or when, and how such drug testing is adopted generally for all Coors Brewing Company Employees.

## ARTICLE XLV
## TERMINATION

This Agreement shall constitute the entire contract between the Company and the Union and shall supersede and replace all other obligations or agreements whether written or oral or express or implied between or concerning the employees of the Company. No amendment, modification or addition to this Agreement shall be effective unless it is reduced to writing and duly executed by the parties.

It is therefore agreed that this Agreement shall become effective as of April 1, 2001 or as otherwise provided, and remain in effect until 12:01 a.m., April 1, 2005, and automatically renew itself from year to year thereafter unless either party notifies the other, in writing, at least sixty (60) days prior to any such date that changes are desired herein.

THE COORS BREWING COMPANY

By _____ 1-28-02
Carolyn Hardy          Date
Vice-President/Plant Manager, Memphis Plant

By _____ 2-8-02
Richard L. Kellogg     Date
Vice-President - Employee Relations/Labor

LOCAL UNION 1196, Memphis, Tennessee

By _____ 1/28/02
Wesley Fiveash         Date
Business Agent - Teamsters Local #1196

By _____ 1/28/02
Nathaniel Jackson      Date
President - Teamsters Local #1196

# EXHIBIT A WAGES AND APPRENTICESHIP
## Apprenticeship

A.  Maintenance Apprenticeship Program - attached

B.  Production Apprenticeship Program

In an effort to maintain the high quality of Memphis plant production personnel, the Company may initiate a one-year training program for production employees. All regular new hires after April 1, 2001, would be subject to the below-listed wage structure, as well as possible required attendance and class work or training at the plant as a condition of employment for these production employees. All provisions of employee seniority will prevail, and in the event of layoff, no apprentice under this program shall displace any other bargaining unit employee with greater seniority.

Apprentices may work unscheduled weekday overtime provided all regular production employees on shift have been given an opportunity for this work and he/she is certified on work to be performed. Weekend/Holiday overtime will be offered to all regular production employees prior to being offered to any Apprentice.

Newly hired apprentice employees can only be on 1st shift for a period not to exceed 3 weeks and on 2nd shift not to exceed 2 weeks. After this 5 week period the apprentice must go to shift dictated by seniority. Thereafter, Production Apprenticeship Employees may be assigned for training purposes to any shift so long as the Apprentice does not displace any regular Employee on that shift.

It is the intention of the Company to provide training and exposure to work in one or more departments for Production Apprentices other than the department to which it is expected the employee will be, or has been, assigned. This training and exposure to work will occur during the first twelve (12) months of employment. Employees hired as apprentices, in production, may be assigned to a twelve (12) to thirteen (13) week training period (which will not necessarily be continuous) on any shift.

The wage structure for the Production Apprenticeship Program is all new hires start at 60% of the regular production rate. 70% of such rate after 90 working days from hire date. 80% of such rate after six (6) months from hire date, and regular production rate after twelve (12) months from hire date, subject to successful completion of each phase of the Production Apprenticeship Program.

## APPENDIX A
### 2001 – 2005 WAGE PACKAGE

| | Production | Maintenance | Powerhouse | Material Handlers | Paint Crew |
|---|---|---|---|---|---|
| Current | $ 18.50 | $ 19.08 | $ 19.20 | $ 18.50 | $ 19.08 |
| 1st Year % Increase | 3% | | | | |
| Skilled Trades Adjustment | $ 0.56 | $ 0.57 | $ 0.58 | $ 0.56 | $ 0.57 |
| | | 1.50 | 1.50 | | |
| 1st Year Total | $ 19.06 | $ 21.15 | $ 21.28 | $ 19.06 | $ 19.65 |
| 2nd Year % Increase | 2% | | | | |
| | $ 0.38 | $ 0.43 | $ 0.43 | $ 0.38 | $ 0.39 |
| 2nd Year Total | $ 19.44 | $ 21.58 | $ 21.71 | $ 19.44 | $ 20.04 |
| 3rd Year % Increase | 2% | | | | |
| | $ 0.39 | $ 0.43 | $ 0.43 | $ 0.39 | $ 0.40 |
| 3rd Year Total | $ 19.83 | $ 22.01 | $ 22.14 | $ 19.83 | $ 20.44 |
| 4th Year % Increase | 2% | | | | |
| | $ 0.40 | $ 0.45 | $ 0.44 | $ 0.40 | $ 0.41 |
| 4th Year Total | $ 20.23 | $ 22.46 | $ 22.58 | $ 20.23 | $ 20.85 |

EFFECTIVE JANUARY 1, 2002 EMPLOYEES WILL BE ELIGIBLE FOR OTIP OR ANY SIMILAR COMPANY-WIDE PRODUCTION AND MAINTENANCE INCENTIVE PROGRAM. (ACTUAL AWARD PAYOUT IN 2000 OF APPROXIMATELY 3.5% OF ANNUAL EARNINGS.)

SICKNESS AND ACCIDENT BENEFIT WILL INCREASE $15 PER YEAR, CURRENTLY AT $375 PER WEEK, EFFECTIVE 1ST YEAR OF CONTRACT $390, 2ND YEAR $420, AND 4TH YEAR $435.

EMPLOYEES WILL BE ABLE TO PURCHASE VOLUNTARY ACCIDENTAL DEATH & DISMEMBERMENT BENEFITS.

NEWLY HIRED EMPLOYEES WILL BE ELIGIBLE FOR BENEFITS ON DATE OF HIRE.

$1,000 PER EMPLOYEE SIGNING BONUS FOR ALL EXCEPT PROBATIONARY EMPLOYEES AND WAGE INCREASE RETROACTIVE 4/1/01 IF RATIFIED BY MIDNIGHT 4/9/01.

EXHIBIT A

COORS BREWING COMPANY

MAINTENANCE
FOUR - YEAR TRAINING PROGRAM

A.    **PURPOSE:**

The Purpose of the Maintenance Department's four year training is: First to insure a continuing source of well trained, competent crafts people in the electrical, mechanical, and utility fields; Second necessary to ensure they have the proper skills to pursue their chosen field of endeavor; Third to replenish the shrinking work force.

B.    **DEFINITIONS.**

2.1    "Maintenance Trainee" as used in the document means any person who has been accepted into and is actively pursuing one of the programs (electrical, mechanical, or utility operator).

2.2    "Review Board" (Apprenticeship Committee) as used in this document, means the governing body of the Maintenance Training Program.

2.3    "Maintenance", as used in this document, means "Maintenance in Process, Brewing, Blending/Finishing, Packaging, Distribution, Utility and Shop.

3.    **DUTIES OF THE REVIEW BOARD:**

3.1    The review board consists of four members plus one chairperson. The four-person board is composed of two supervisors/hourly from the Maintenance/Utility Department for a 12-month tour. The chairperson will be designated by the board.

3.2    The chairperson will have equal voting rights in case of a tie.

3.3    The Review Board will review application for admittance to the training program, Interview the applicants, and make selection for the trainee program, based on criteria in paragraph 4.3, and forecasted manpower needs.

3.4    The Review Board's duties will be to review a trainee's progress; approve advancement, expulsion from the program; changes in the charter; and any other businesses that concerns the program itself.

3.5    Membership on the Board will be by appointment. Company and union will jointly select from a list of volunteers.

44

3.6    All decisions must have a majority vote to pass. There must be at least three members Or designee and the chairperson or designee to conduct business and vote on an issue, and all decisions will be final.

3.7    The Review Board will operate under guidelines set fourth in the Four-Year Training Program manual.

4.    **TRAINEE SELECTION PROCEDURE:**

4.1    Current employees of Coors Brewing, Company, Memphis, will be given an opportunity to apply for Apprentice Program at the negotiated apprentice wages. Selection will also be made from outside sources.

4.2    Prior to selection, an opening must exist in the Maintenance Apprentice Program and application must be made through the posting and transfer procedure.

4.3    Criteria used for selection of applicant will include, but not be limited to:

4.3.1    H.R. Review - Normal Application Screening
          4.3.1.1    Background check (min. age - 18 years)
          4.3.2.2    Educational check (min. high school education)
          4.3.2.3    Aptitude Test and Reporting (pass with score of 70% or better)
          4.3.2.4    Recommendation to Review Board

4.3.2    Review Board Interview
          4.3.2.1    Interview applicant with appropriate results.
                     Current Supervisor's recommendation (if Internal transfer).
          4.3.2.2    Recommendation to the Director.
                     4.3.2.1    Director Review plus final approval or questions.
                     4.3.2.2    Review Board Committee

4.4    Applicants selected for the program will enter into a written agreement with Coors Brewing Company which sets down the requirements for continuing in the program and for successful completion of the program.

4.5    Applicants with prior partial required schooling or equivalent on-the-job experience may petition the Review Board for admittance into the program beyond first year entry designation. The Review Board, upon review of the petitioner's qualifications and unanimous approval, may grant applicant program entry 1st through 2nd year, but not past the third year.

45

## 5. PROGRESS:

5.1 Upon entering the program, the trainee will be assigned to one of the three maintenance areas. Upon successful completion of the first year, the trainee will be rotated into a second area for the second year for training, and the third area for the third year of training. The fourth year will be in the area as training and manpower needs dictate.

5.2 The trainee will be assigned to journeyman crafts people during his/her work in the field. He/she will not be allowed to work alone on any piece of equipment or machinery until qualifications are met. The apprentice mentor and that supervisor shall petition the Review Board in behalf of the trainee that he/she is competent to work alone in that area but will not displace a regular employee.

## 6. TRAINEE PROGRESS EVALUATION:

6.1 Each trainee will be evaluated by his or her supervisor and crafts mentor every three months until completion of the program. The committee to provide performance review and development forms.

6.1.1 The trainee, crafts mentor, and supervisor who performed the evaluation will discuss the results immediately following the evaluation. The results of this discussion and a copy of the evaluation will be sent to the Review Board, to the employee personal file, and the Human Resources Department.

6.1.2 If the trainee's on-the-job progress is not satisfactory, or falls under performance appraisal category as "Marginal - meets only minimum standards of performance", at the end of each evaluation period, deficiencies will be listed by the supervisor and reviewed with the Review Board. An action plan will be formulated to describe necessary measures that must be met prior to the next evaluation.

6.1.3 All required classroom and academic courses taken by the trainee must be successfully completed on time and a grade of 70% or better must be maintained for each course. If the trainee does not pass the prescribed course, he/she must retake the course the next time it is offered. If a course is challenged twice and not completed, the Review Board will then be petitioned to see if more action is needed. If not, the trainee will be dropped from this program and terminated. If an in-departmental transferee is involved he/she will return to their original department.

6.1.4 Failure to receive two consecutive favorable supervisory evaluations, as outlined in paragraph 6.1.2, will result in dismissal from, or delay graduation from the program.

## 7. ADVANCEMENT:

7.1 On-the-job training will cover a maximum of four calendar years. The four calendar years may be extended a like amount of time for trainees who have time off for LOA's or others approved by the Board.

7.2 For the purpose of job classification, the four-year period is divided into quarters for each one-year increment and designated First Year Trainee, Second Year Trainee, Third Year Trainee and Fourth Year Trainee.

| 1st Year | 2nd Year | 3rd Year | 4th Year |
|---|---|---|---|
| Trainee - 1 | Trainee - 5 | Trainee - 9 | Trainee - 13 |
| Trainee - 2 | Trainee - 6 | Trainee - 10 | Trainee - 14 |
| Trainee - 3 | Trainee - 7 | Trainee - 11 | Trainee - 15 |
| Trainee - 4 | Trainee - 8 | Trainee - 12 | Trainee - 16 |

7.3 Advancement from one classification into the next higher will be made at the end of each one-year period, providing all requirements are met.

7.4 Advancement from one classification into the next will be made on the recommendation of the trainee's supervisor/trainee mentor and approval of the Review Board and will be based on:

7.4.1 Demonstrated ability to work safely and complete all safety training.

7.4.2 Performs quality work with minimum amount of rework.

7.4.5 Ability to work in harmony with others and demonstrates conflict resolution.

7.4.6 Good standing attendance record

7.4.7 Meeting academic and periodic evaluation per paragraphs 6.1.4 and 6.1.5

7.5 A trainee will not assume the roll as a journeyman craft person within CBC Memphis Maintenance Department until he/she has successfully graduated from the training program and complete all state or local requirements.

## 8. WAGES:

8.1

| | |
|---|---|
| Beginning | 60% |
| After 90 Days | 70% |
| End of 2nd Year | 90% |
| End of 3rd Year | 95% |
| End of 4th Year | 100% |

8.2    Pay rate is figured on 80% - 95% of regular employee pay.

9.    TRAINING:

9.1    At the end of the first year the trainee will have learned:

9.1.1    Basic mechanical and/or electrical hand tools, special tools, their use and nomenclature.

9.1.2    The location and the basic function of each machine in the area.

9.1.3    General operation and troubleshooting techniques of each machine that he/she has been trained on.

9.1.4    Working knowledge of mechanical drawing and/or electrical schematics associated with area machinery and control systems.

9.1.5    Company and departmental safety procedures.

9.2    Trainees will be required to attend formal classroom training on their own time until all academic requirements are met, whether classes are held on site or at a local academic facility. Shift schedules will be adjusted to allow training class attendance and may cause modification of the work schedule. Training time will be minimum 144 hours/year.

9.3    Trainees who feels he/she is competent in a given subject or class may be excused and be given credit for same provided he/she is able to demonstrate competence in subject through a proficiency test or any other means prescribed by the academic facility. A course may only be challenged once. If the trainee fails, he/she must take when offered.

10.    ON-THE-JOB TRAINING:

10.1    The trainee will be under the direction of a journeyman as designated by the appropriate supervisor during all of the on-the-job training, or until the conditions of paragraph 5.2 are met.

10.2    A trainee qualified to work alone on the equipment or machinery may do so only if the job required one person and working alone does not violate any local, federal, or state regulations, or safety rules of Coors Brewing Company or create a hazard to others, and will not displace regular employees.

10.3    It is the trainee supervisor's, and crafts mentor's responsibility to ensure that he/she is exposed to and receives adequate training to meet the requirement of paragraph 9.1 and be eligible for upgrading to next higher classification.

10.4    Trainees may be under the guidance of different journeymen at times during their tour in an area. Trainees may also be scheduled on different shifts at different times to ensure receiving thorough training in different aspects of each area, engineering changes, equipment installations, new equipment check-outs, overhauls, etc., provided, however, the newly hired apprentice can only be on the 1st shift of a period not to exceed 3 weeks and on the 2nd shift not to exceed 2 weeks. After this 5 week period the apprentice must go to shift dictated by seniority, the only exception being he/she can be utilized for up to 30 days each 6 months on another shift. Formal classroom training will not count toward the 30 day exception.

10.5    Work records will be kept on each trainee on a standard form so that progress can be verified and followed. Forms will be kept current and submitted weekly to appropriate supervisor for validation. This information will be used by the supervisor to recommend advancement and by the Review Board to approve advancement.

11.    COMPLETION CERTIFICATE:

11.1    After Board approval, a Certificate of Achievement will be given to each trainee completing the Coors Brewing Company Maintenance Four-Year Apprentice Program.

12.    MANAGEMENT RIGHTS:

12.1    Coors Brewing Company management reserves the right to revise or eliminate this program at any time with due cause, with notification to local union.

13.    TRAINER OBLIGATION:

13.1    Trainee will abide by all company rules and bargaining unit regulation.

13.2    Trainee will be required to keep a training record on a day to day basis. As outlined in paragraph 6.1 - 6.1.1 - 6.1.1.2 - 10.5.

13.3    Trainee will have all bargaining unit rights, except seniority rights, for shift preference and will be considered as a probationary/apprentice employee.

## COORS BREWING COMPANY MAINTENANCE

### COMMON TECHNICAL / CRAFT TRAINING

- Basic Modicon PLC
- Shop Math
- Basic Bailey System
- Power Transmission
- Fire Safety
- Bearing Technology
- Medic First Aid
- Technical Writing
- Scott Air-Pack
- Engineering Print Room Use
- Basic Hydraulics
- Mechanical Seals
- Basic HVAC
- Microprocessor Basics
- Basic DC Motor Maintenance
- Dynamic Balancing
- Fuse Pulling Procedure
- Toshiba Vari-Freq Drives
- Vibration Analysis
- Oscilloscope
- Filtec Training
- Repair PRV's
- A.C. Motor Fundamentals
- Intro to Data Base
- Pumps
- Intro to IBM PC
- Hand Tools 1 & 2
- Scram Pak
- Stationary Batteries
- DC Motor Repair
- Measurement & Measurement Tools
- Multi Buss Board
- Coupling Alignment
- Lubrication
- Basic Electricity for Mechanics
- Basic Bearings & Seals
- Basic Rigging

51

I, _____ have read and understand all governing regulations

(please print)

that pertain to the Apprentice Program.

I also have read and understand all the company rules.

I also understand any infraction of any of the company rules or any regulations that govern the Apprentice Program, will be grounds for dismissal from the program and termination.

Signed _____

Date _____

Witnessed by: _____
_____

50

**CLASSES FOR MECHANICAL TRAINEE:**                                      (206.5) Per Year
                                                                        (826) Total

- IM 1124 WELDING (ART AND SCIENCE OF WELDING ) (70 HOURS)

- EN 1020 ORAL COMMUNICATION/ COMMUNICATION SKILLS (56 HOURS)

- IM 1214 PIPE FITTING AND PLUMBING PRACTICES (PLUMBING AND PIPE FITTING CONNECTION AND TYPES OF PIPES NORMALLY USED IN INDUSTRY (70 HOURS)

- IE 1004 TECHNICAL COMPUTER APPLICATION (PRACTICAL EXPERIENCE USING SPECIAL BUSINESS AND INDUSTRIAL APPLICATIONS (70 HOURS)

- IM 2104 ELECTRICAL CIRCUITS (FUNDAMENTAL CONCEPTS OF DC AND AC ELECTRICAL CIRCUITS) (70 HOURS)

- ME 2154 FLUID SYSTEMS (BERNOULLI EQUATION AND ENERGY RELATIONSHIPS) (70 HOURS)

- IM 2114 FLUID POWER I (BASIS PRINCIPLES OF HYDRAULICS AND PNEUMATICS AND ITS PRACTICAL APPLICATIONS) (70 HOURS)

- PH 1111 GENERAL PHYSICS I (LAW OF MECHANICS AND HEAT AND SOUND (70 HOURS)

- IM 2214 FLUID POWER II (CONTINUATION OF FLUID POWER I CIRCUITS AND SAFETY) (70 HOURS)

- ME 1144 MACHINE TECHNOLOGY (ENGINEER TECHNOLOGY AND MODERN PRODUCTION METHODS) (70 HOURS)

- IM 2133 MOTION AND POWER (POWER TRANSMISSION AND STRESS) (70 HOURS)

- IM 1184 DESIGN PRINCIPLES (ENGINEERING DRAFTING AND DESIGN) (70 HOURS)

                                                                        658 TOTAL
                                                                        164.5 HOURS PER YEAR

**CLASSES FOR ELECTRICAL TRAINEE:**

- EA 1010 DEC/AC ELECTRONICS (THEORY OF ELECTRICITY, CURRENT VOLTAGE AND POWER IN SERIES, PARALLEL AND COMPLEX DC AND AC CIRCUITS) (70 HOURS)

- CE 1104 MICROCOMPUTER APPLICATION FOR TECHNICIANS (FUNDAMENTAL OF MICROCOMPUTERS) (70 HOURS)

- EA 1020 DESIGN DEVICES (THEORY AND PRINCIPLES OF SOLID STATE DEVICES) (70 HOURS)

- ET 2233 ELECTRICAL/ELECTRONIC CAD DRAWINGS (INTRODUCTION TO ELECTRONIC DRAFTING) (56 HOURS)

- IM 2104 ELECTRICAL CIRCUITS (FUNDAMENTAL CONCEPTS OF DC AND AC ELECTRICAL CIRCUITS) (70 HOURS)

- PH 1111 GENERAL PHYSICS I (THE LAW OF MECHANICS, HEAT AND SOUND) (70 HOURS)

- EA 1050 PROGRAMMABLE CONTROLLERS (LADDER DIAGRAM LOGIC AND ITS APPLICATION TO A VARITY OF INDUSTRIAL ELECTRONIC CONTROLS) (70 HOURS)

- IM 2264 AUTOMATED INDUSTRIAL SYSTEM (AUTOMATED INDUSTRIAL SYSTEMS) (70 HOURS)

- EA 1030 DIGITAL AND MICROPROCESSOR (BINARY, HEXADECIMAL AND BASE TEN NUMBERS) (70 HOURS)

- IM A203 NATIONAL ELECTRIC CODE (UPGRADE WORKING KNOWLEDGE OF MEMPHIS/SHELBY COUNTY AND NATIONAL ELECTRIC CODE) (42 HOURS)

THIS IS A BASIC LIST OF CLASSES FOR TRAINEES NOT TO BE LIMITED TO BUT EXPANDED ON FOR EACH INDIVIDUAL CASE.

STATE TECH CREDITS CONVERT INTO HOURS.

LECTURE TIME + LAB TIME x 14 WEEKS = TOTAL HOURS.

Coors Maintenance Four-Year Training Program

LETTER OF AGREEMENT
COORS BREWING COMPANY-MEMPHIS
AND
IBT LOCAL UNION 1196 - MEMPHIS
REGARDING
SINGLE DAY VACATION CRITERIA

As defined under Article XI Section II-Scheduling, employees may take earned vacation in single day increments up to a total of five (5) vacation days per year. The additional qualifiers of this article also state that if business operations permit, and provided that the Company has available vacation relief personnel to work at straight time rate, the employees may take those days. This letter will help address additional criteria regarding the scheduling of those days.

-Initial vacation selections will be done during November and December of each year for the upcoming year. Selection will be seniority driven, i.e., employees will be asked by seniority order to select any number of consecutive full weeks they desire as their first pick.

-The second round of selection will cover all remaining full weeks.

-Third round selection will allow employees to pick open single days if they know at that time which days they would like to select.

Those employees not selecting single vacations, after that initial selection process in November and December, will adhere to the following criteria:

- Employee must notify their supervisor no later than 12:00 p.m. Wednesday, for single day(s) vacation consideration for the following week. Acceptance or rejection of such request will be based on the language found under Section II of Article XI.

- All single days must be scheduled no later than November 1 of the year to be taken. Employees failing to schedule single days by November 1 will not be compensated for those unused days. Under no circumstances will employees be paid at the end of the year for unused vacation days not scheduled. It is incumbent upon the Company to ensure that adequate optional days are available to ensure all employees are schedule for vacation prior to November 1.

For the Union:

_Wesley Freeman_ 1/28/02
Wesley Freeman        Date
Business Agent
Teamsters Local #1196

_Nathaniel Jackson_ 1/20/02
Nathaniel Jackson     Date
President
Teamsters Local Union #1196

For the Company:

_Richard L. Kellogg_ 12/17/02
Richard Kellogg        Date
Vice-President - Employee Relations
Coors Brewing Company

_Carolyn Hardy_ 1-28-02
Carolyn Hardy          Date
Vice-President/Plant Manager
Coors-Memphis Business Unit

## LETTER OF AGREEMENT BETWEEN
## COORS BREWING COMPANY-MEMPHIS AND
## IBT LOCAL UNION 1196 - MEMPHIS
### REGARDING USE OF SEASONAL EMPLOYEES

The Company may, as needed, hire seasonal employees who may work between the period of March 15 through September 15th, but limited to a maximum of 999 hours. The Memphis plant will utilize seasonal employees for the purpose of vacation leveling and heavy seasonal production swings and be allowed to hire a maximum of 50 production seasonal personnel. At the time of the hiring all available regular employees must be utilized (recalled) prior to hiring or retaining seasonal employees.

In the event the Memphis plant decides to temporarily employ seasonal employees, the plant will notify the Union in advance. The plant will then meet with the Union to review the reasons for such employment of the seasonal employees. The plant will determine and implement its staffing needs under the Collective Bargaining Agreement, including Article XLII. Those additional hires will be selected as per Article II, Section 1 of this Agreement. If the Union believes the Company has violated any term of the Agreement in such hiring, it may pursue its rights under Article VIII.

Seasonal employees will be paid $10.00 per hour and will receive the appropriate shift differential. They will receive the appropriate overtime rate of pay only after they have worked forty (40) hours in a week. In any event a seasonal employee will not be worked beyond their regularly scheduled shift (daily and weekly) unless all regular employees have first been offered such work opportunity.

Seasonal employees shall not be eligible for any employee benefit provided by the Collective Bargaining Agreement, including but not limited to vacations, holidays, sick pay, pensions, 401-(k) and medical. Any benefits in accordance to applicable federal or state laws will be paid as requires. Seasonal employees do not earn or accrue any seniority rights in their seasonal employment. Seasonal employees have no rights, under the Collective Bargaining Agreement between Coors Brewing Company-Memphis and IBT, Local Union 1196.

Selection and hiring of seasonal employees will be handled as Follows:

* Interested dependents (limited to one child per employee/family, ages 18-24), of all current employees of the Memphis plant will be considered for a seasonal position. A lottery (drawing) will be initiated among all interested parties prior to March 1 of each year, to establish the pool of eligible candidates. (Selection as a candidate will in no way guarantee a seasonal position. All appropriate interviews, and satisfactory results of preemployment drug screening, will be required as a condition of employment.) If the available pool of

candidates is less than required, additional dependents (children) from the same family will then be considered for employment. If the pool is still insufficient, the Company will hire from external sources to meet requirements.

For the Union:

_Wesley Ferrell_  12/28/02
Wesley Ferrell                    Date
Business Agent
Teamsters Local Union #1196

_Nathaniel Jackson_  1/28/02
Nathaniel Jackson                Date
President
Teamsters Local Union #1196

For the Company:

_Richard Kellogg_  12/13/11
Richard Kellogg                  Date
Vice-President - Employee Relations
Coors Brewing Company

_Carolyn Brady_  1/28/02
Carolyn Brady                    Date
Vice-President/Plant Manager
Coors-Memphis Business Unit

56

57

# LETTER AGREEMENT

## COORS BREWING COMPANY - MEMPHIS
### AND
### IBT LOCAL UNION 1196 - MEMPHIS
### REGARDING
### OPERATIONS AND TECHNOLOGY INCENTIVE PLAN

The bargaining unit employees in the Memphis Plant will be included in Coors Brewing Company Operations and Technology Incentive Plan (OTIP) or any similar Company-wide production and maintenance incentive program, effective January 1, 2002, and for the life of the contract.

For the Union:

_Wesley Fiveash_  _1/28/02_
Wesley Fiveash            Date
Business Agent
Teamsters Local Union #1196

_Nathaniel Jackson_  _1/28/02_
Nathaniel Jackson         Date
President
Teamsters Local Union #1196

For the Company:

_Richard Kellogg_  _12/17/01_
Richard Kellogg           Date
Vice-President - Employee Relations
Coors Brewing Company

_Carolyn Hardy_  _1/28/02_
Carolyn Hardy             Date
Vice-President/Plant Manager
Coors - Memphis Business Unit

59

---

# LETTER OF AGREEMENT

## PRODUCTION EMPLOYEES BASIC TOOLS
### April 1, 1997

The Company and the Union support a smooth transition for production employee use of basic tools in the performance of basic and routine maintenance activities. Consistent with the parties agreement regarding Article III, Section 2(C) of the labor Agreement, Company and Union representatives will evaluate basic tool requirements in each production area and the Company will purchase the initial basic tool requirements as identified for all current regular production employees, including the 17 employees on layoff status should a recall occur.

The parties agree that this is a one-time event and that all newly hired production employees will be required to have the basic tools as a condition of employment no later than the end of the 90-day probation period.

The Company agrees to replace worn out and broken tools which are contained on the Company's list of required basic tools for production employees. The replacement tools will be of equal quality as those worn out or broken.

For the Union:

_Wesley Fiveash_  _1/28/02_
Wesley Fiveash            Date
Business Agent
Teamsters Local Union #1196

_Nathaniel Jackson_  _1/28/02_
Nathaniel Jackson         Date
President
Teamsters Local Union #1196

For the Company:

_Richard Kellogg_  _12/19/01_
Richard Kellogg           Date
Vice-President - Employee Relations
Coors Brewing Company

_Carolyn Hardy_  _1/28/02_
Carolyn Hardy             Date
Vice-President/Plant Manager
Coors - Memphis Business Unit

58

# INDEX

| Subject | Page |
|---|---|
| 401-K | 35 |
| Absence, Leave of | 9 |
| Apprenticeship and Wages | 43 |
| Apprenticeship Compensation – Letter of Agreement | 60 |
| Basic Tool (Production Employees ) – Letter of Agreement | 58 |
| Beer for Employees | 26 |
| Benefits | 30 |
| Bereavement Leave | 30 |
| Blending/Finishing Department Selection Procedures | 6 |
| Bulletin Boards | 26 |
| Business Agents & Union Officials | 12 |
| Call-in and Report Pay | 20 |
| Check-off Credit Union | 39 |
| Union Dues | 2 |
| Dental Care | 34 |
| Departments and Groups | 3 |
| Discharge & Discipline | 10 |
| Disciplinary Action Procedure | 10 |
| Drug Testing | 41 |
| Expiration, Contract | 41 |
| Facilities, Personal (lunchrooms, dressing rooms w/lockers, washstand, toilets, showers) | 25 |
| Fumes | 25 |
| Grievance Definition | 12 |
| Adjustment Committee | 14 |
| Grievance Investigation | 11 |
| Grievance Limitation Period | 15 |
| Grievance Payments | 14 |
| Grievance Procedure | 13 |
| Time Limits | 14 |
| Grievance Processing by Stewards | 11 |
| Hand Stacking of Full Half Barrels | 26 |
| Harmonious Relations | 2 |
| Health, Safety & Equipment | 25 |
| Education Pledge | 25 |
| Health & Welfare | 30 |
| Hiring | 1 |
| Holidays | 22 |
| Designated | 22 |
| Holiday Work | 23 |
| Weekend Holidays | 23 |
| Hot to Cold Temperature & Vice Versa, Going From | 24 |
| Incentive Plan | 59 |
| Indemnity Plan | 32 |
| Industrial Injury | 24 |
| Payment, Subsequent Treatment | 24 |
| Payment on Day of Injury | 24 |

t

---

LETTER OF AGREEMENT
COORS BREWING COMPANY - MEMPHIS
AND
IBT LOCAL UNION 1196 - MEMPHIS
REGARDING
APPRENTICESHIP COMPENSATION

Any apprentice employee on the payroll as of the ratified effective date of this Agreement who has twelve (12) months or more of service shall be paid the applicable production rate of pay.

For the Union:

_Wesley Fievett_   1/28/02
Wesley Fievett                    Date
Business Agent
Teamsters Local Union #1196

_Nathaniel Jackson_   1/28/02
Nathaniel Jackson                Date
President
Teamsters Local Union #1196

For the Company:

_Richard Kellogg_   12/3/01
Richard Kellogg                   Date
Vice-President - Employee Relations
Coors Brewing Company

_Carolyn Hardy_   1/28/02
Carolyn Hardy                     Date
Vice-President/Plant Manager
Coors - Memphis Business Unit

## INDEX

| Subject | Page |
|---|---|
| Supplemental Worker's Compensation | 24 |
| Jury Duty Pay | 30 |
| Leave | |
| Bereavement | 30 |
| Medical | 10 |
| Military | 9 |
| Personal | 9 |
| Personal Paid | 9 |
| Union | 39 |
| Maintenance Apprenticeship Program | 9 |
| Maintenance Department Groups Identified | 44 |
| Maintenance of Standards | 3 |
| Management | 40 |
| Medical Exception | 40 |
| New Machinery, Installation of | 28 |
| No Precedent | 38 |
| No Strike Authority | 11 |
| Non Discrimination Because of Race, Religion, Etc. | 12 |
| Non Discrimination Because of Union Activity | 29 |
| Overtime | 29 |
| Continuous Schedule | 16 |
| Continuous Work – Schedules | 15 |
| Daily Premium | 16 |
| Distribution | 16 |
| Increments | 17 |
| Posting | 19 |
| Probationary Employee | 20 |
| Scheduling | 17 |
| Ten (10) and Twelve (12) Hour Schedules | 16 |
| Pay | |
| Call-in and Report | 15 |
| Jury Duty Pay | 20 |
| Severance | 30 |
| Payments, Grievance | 39 |
| Pensions | 14 |
| Performance of Bargaining Unit Work | 36 |
| Personal Paid Leave | 26 |
| Physical Examination | 39 |
| PPO (Preferred Provider Organization Plan) | 29 |
| Power Plant Operators | 32 |
| Probationary Period | 18 |
| Job Reinstatement, Blending/Finishing Department | 3 |
| | 6 |

II

## INDEX

| Subject | Page |
|---|---|
| Production Department Identification | 4 |
| Protective Equipment | 25 |
| Recognition | 1 |
| Successorship | 1 |
| Rehire | 6 |
| Responsibility of Employee Taken Away From Assigned Work | 38 |
| Rest Periods | 23 |
| Retirement | 35 |
| Safety | 25 |
| Salvage Materials | 25 |
| Saturday & Sunday Work | 39 |
| Continuous | 18 |
| Non Continuous | 18 |
| Seasonal Employees – Letter of Agreement | 56 |
| Seniority | 3 |
| Determination | 6 |
| Layoffs | 7 |
| List | 7 |
| Maintenance Department | 3 |
| Notice of Recall | 7 |
| Preferential | 8 |
| Probationary Period | 3 |
| Recall, Notice of | 7 |
| Rehire | 6 |
| Shift Preference, By | 27 |
| Supervisors | 7 |
| Termination of | 7 |
| Severability | 38 |
| Severance Pay | 39 |
| Shift Premium | 18 |
| Continuation | 19 |
| Shift Starting | 17 |
| Shift Trading | 27 |
| Steward, Chief | 10 |
| Steward's Designation | 10 |
| Stewards | 10 |
| Strike Prohibited During Term of Agreement | 37 |
| Struck and/or Picketed Premises, Entering On | 37 |
| Subcontracting | 37 |
| Termination, Contract | 41 |
| Tool Replacement | 26 |
| Transfers | |
| Disciplinary | 29 |
| Interdepartmental | 28 |

III

## INDEX

| Subject | Page |
|---|---|
| Medical Exception | 28 |
| Tuition Reimbursement | 41 |
| Unemployment Benefits, Supplemental | 8 |
| Union Activity, Non Discrimination Because of | 29 |
| Union Leave | 9 |
| Union Security | 1 |
| Union Shop | 1 |
| Vacations | 20 |
| Accrual | 22 |
| Amount | 20 |
| Eligibility | 22 |
| Injury Time | 22 |
| Scheduling | 21 |
| Single Day Vacation – Letter of Agreement | 54 |
| Union Leave | 22 |
| Vision Care Plan | 34 |
| Wage Package | 42 |
| Wages | 15 |
| Welfare, Health and | 30 |
| Workday, Workweek, Overtime | |
| Pay Day | 15 |
| Work Day | 15 |
| Work Week | 15 |
| Continuous Schedule | 24 |
| Workers Compensation, Supplemental | |

IV