# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, et al.<br><br>Defendants. | C.A. No. 05-604-KAJ |

## AFFIDAVIT OF JAMES G. WALKER

I, James G. Walker, hereby depose and say as follows:

1. I am currently employed by Molson Coors Brewing Company (the "Company") as the Manager Retirement Plans. In that capacity, and through my review of the Company's business records maintained in the ordinary course of business, I have personal knowledge of the facts stated in this Affidavit.

2. Walter Phillips was employed as an hourly employee at the Memphis, Tennessee brewery of Coors Brewing Company ("Coors") from October 5, 1998 to August 12, 2005.

3. During his employment, Phillips was a member of the International Brotherhood of Teamsters, Local 1196, in Memphis, Tennessee (the "Union").

4. Pursuant to the collective bargaining agreement negotiated by the Union ("Memphis CBA"), Coors made contributions calculated on a weekly basis on Phillips' behalf to the Central States, Southeast and Southwest Areas Pension Fund.

5. The Memphis CBA also afforded Phillips the option to participate in the 401(k) Savings Plan for Hourly Employees at the Memphis, Tennessee Brewery ("Memphis Plan").

6. Phillips made regular contributions to the Memphis Plan, including investments in Company stock, throughout his employment with the Company. Phillips made contributions to the Memphis Plan and purchased Company stock on May 3, 17 and 31, June 14 and 28, July 12 and 26, and August 9 and 23, 2005.

7. On October 12, 2005, Phillips took a full distribution of all his investments in the Memphis Plan, including his investments in Coors stock.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct, based upon my knowledge, information and belief.

Date: May 31, 2006

*James G. Walker*
JAMES G. WALKER