# EXHIBIT 10
# Part 2 of 4



## Consolidation Could Lead to Value Destruction
### Most Immediate Impact with Coors and/or Heineken

| Potential Deals with Risk to Molson | Conflict with Molson Portfolio of Brands |
|---|---|
| **Coors** → Interbrew/AmBev | • Coors brand in Canada<br>• Molson brands in US |
| **Coors** → Heineken | • Heineken and Coors brands in Canada<br>• Risk they go alone or team with other Cdn brewer |
| **Coors** → SAB/Miller | • Moderate risk in Canada<br>• US marginalized |
| **Heineken** → Anheuser-Busch | • Heineken brand in Canada<br>• Increased domestic competition or pricing pressure |
| **Heineken** → Femsa | • Modelo brands in Canada |

**Risk to Molson is not only immediate impact, but loss of choice and options: Molson must preempt the outcome**



MOLSON                                    Coors       7

*Link to searchable text of slide shown above*

## Molson and Coors: The Right Combination






- North America's oldest brewer
- 13th largest brewer in the world
- Leading position in Canada; growth opportunity in Brazil

- Established in 1873 by Adolph Coors
- 8th largest brewer in the world
- Leading brands in US and UK beer markets

**Rich Brewing Heritage, Experienced Management, Leading Brands**

8

*Link to searchable text of slide shown above*

# Merger Improves Likelihood of Regaining the Vision

- To secure the current commercial relationship with Coors, which represents 20% of Molson's total shareholder value
- To identify and obtain $175 million in synergies, which would not be available to Molson otherwise:
    - Capitalizes on Molson's proven track record in delivering cost savings
- To be able to drive top line sales in Canada through increased marketing investments behind Molson Canadian and Coors Light
- To reduce the financial impact of Brazil, allowing Molson shareholders greater time to receive the payback from the Brazil investment
- To expand brewing operations in Montreal and Toronto by adding 2M hl of beer: new jobs supported with new capital investment

MOLSON          Coors          9

*Link to searchable text of slide shown above*

## Makes Perfect Sense

- **Creates top-5 brewer with the operational scale to succeed in the global brewing industry**
  - Strong market positions in some of the world's largest beer markets
  - Broader geographic base provides diversified sources of revenue, profit and cash
- **Experienced management team to ensure smooth integration and capitalize on growth opportunities**
  - 126 years of consumer industry experience
  - Proven integration skills
- **Natural strategic and cultural fit**
  - Complementary product lines and operational geography
  - Existing strong working relationships
  - Common values, operating philosophies and heritages

**Objective is to deliver top quartile shareholder returns**

MOLSON   Coors  10

*Link to searchable text of slide shown above*

## With Broad Scope & Scale

- Pro forma LTM net sales and EBITDA[1] of approximately US$6.0 billion and US$1.0 billion, respectively

- Combined 2003 volume of 60M hl/51M US bbls

- Combined product portfolio of more than forty brands



- Distribution and/or licensing agreements with leading international brewers including Heineken, Grolsch, FEMSA, and Grupo Modelo

(1) EBITDA represents earnings before interest, tax, depreciation and amortization.

MOLSON (M)                                                    Coors      11

*Link to searchable text of slide shown above*

# Enhanced Platform in Developed Markets, Balanced Emerging Market Exposure

- Strong positions in world's highest margin beer markets
- Growth opportunities through underdeveloped regions/brands in mature markets and Brazil



**2003 Volume 60M hl**: 47%, 17%, 21%, 16%

**LTM Net Sales US$6B**: 41%, 5%, 28%, 26%

**LTM EBITDA US$1B**: 34%, 23%, 43%

Legend: US(1) | Canada | UK(2) | Brazil

(1) Includes Coors' America's segment
(2) Includes Coors' Europe segment

**Strong geographically diversified company**

MOLSON Ⓜ                                                Coors    12

*Link to searchable text of slide shown above*

## With Leading Positions in Key Markets

| Country | Top Brand | Rank | All Brands Market Share | Rank |
|---|---|---|---|---|
| Canada | Canadian | #1 | 43% | #1 |
| United Kingdom | Carling | #1 | 21% | #2 |
| United States | Coors Light | #3 | 11% | #3 |
| Brazil | Kaiser | #3 | 11% | #3 |



Source: Datamonitor and Brewers of Canada (2003)

**Strong brands in some of the world's largest beer markets**

MOLSON   Coors   13

*Link to searchable text of slide shown above*