# EXHIBIT 10

# Part 3 of 4

## Coors Growth Model

- Leverage strength in high-share markets to grow more strong markets
- U.S. – 1st:distribution, 2nd: invest with distributors (50/205)
  - Drivers: YAM, Hispanic programming, trial channels
- U.K. – Scotland, SE/London, Carling X-Cold, Coors Fine Light
- International:
  - Mexico: Export with FEMSA sales/distribution
  - China: largest global beer market (volume), 20 cities (no breweries)
  - Japan: Zima (Coors sales force)

**Reduce costs to reinvest against the front-end, grow returns on capital**



MOLSON Ⓜ                    Coors          14

*Link to searchable text of slide shown above*

# Coors Performance Overview: 2003

- Improvements made in key areas of the business
- Continued investments in future growth
- Generated cash and exceeded debt repayment goals
- Strengthened financial position; strengthened and grew returns on capital

> **In the most recent fiscal year, Coors emerged a stronger company in a very tough year.**

MOLSON Ⓜ                                            *Coors*        15

*Link to searchable text of slide shown above*

## Coors Americas Segment: Coors Brewing Company

- Continued strong U.S. pricing environment
- Share maintained in a flat, highly competitive beer market
- Refined marketing strategy gaining traction with key demographic groups
- Sales organization strengthened and making progress in key markets (Hispanic) and channels (national accounts, convenience stores)
- Proven track record in improving efficiency and reducing cost of U.S. operations (Goal: US$100mm in next 5 years)
- Consistently able to generate cash, pay down debt
- Canada: 7+% volume growth; 28% pretax income growth in 2003

MOLSON (M)                                                     Coors          16

*Link to searchable text of slide shown above*

# Coors Europe Segment: Coors Brewers Limited

- Carling #1 U.K. beer brand – 30% larger than #2 brand
- Significant improvements in balancing volume and margins
- Achievements in productivity and cost reductions (new packaging lines in Burton, outsourcing of kegs and pub servicing)
- Long-term market trends play to Coors' strengths: growth in lagers, move toward off-premise/chains, where brand building is key
- 2003: Grew volume 7% and share 1.2 percentage points to 20.3%

**MOLSON Ⓜ**

*Coors*

17

*Link to searchable text of slide shown above*



# In the UK, Consistent Strong Growth in Both the On-Trade...

[Link to searchable text of slide shown above](#)



*Link to searchable text of slide shown above*



# Balanced Board & Management Team



MOLSON (M)                                          Coors        20

*Link to searchable text of slide shown above*