# EXHIBIT 10

# Part 4 of 4

# Synergies

|  | Expected Savings (US$M) | % of Pro Forma Cost Base |
|---|---|---|
| Brewery Network Optimization | $60 | 1.1% |
| Procurement Savings | 43 | 0.8 |
| SG&A | 40 | 0.8 |
| Best In Class Savings | 12 | 0.2 |
| Organizational Design | 10 | 0.2 |
| Other | 10 | 0.2 |
| Total | $175 | 3.3% |

**Molson Coors has identified a clear path to substantial synergies**

MOLSON (M)                                    Coors                    21



*Link to searchable text of slide shown above*



*Link to searchable text of slide shown above.*

# Significant Opportunity for Margin Expansion

| | EBITDA to Net Sales | | | | | Molson Coors | |
|---|---|---|---|---|---|---|---|
| | **CY99** | **CY00** | **CY01** | **CY02** | **CY03** | **Without Synergies** | **With 100% Synergies** |
| **Molson**[a] | **18.3%** | **18.9%** | **20.3%** | **22.9%** | **22.8%** | **16.5% $\rightarrow$ 19.5%** | |
| **Coors** | **12.1%** | **12.2%** | **12.2%** | **14.1%** | **13.6%** | | |
| AmBev | 21.1% | 28.7% | 30.5% | 36.9% | 35.4% | | |
| A-B | 25.9% | 26.4% | 27.6% | 28.2% | 28.8% | | |
| Interbrew | 23.3% | 21.2% | 21.0% | 21.0% | 21.3% | | |
| Heineken | 17.2% | 17.1% | 17.5% | 17.6% | 20.2% | | |

* Years aligned for comparison purposes; CY99 to CY01 as reported in F02 annual report under the comparable basis; CY02 and CY03 exclude gains on sales and charges for rationalization



US$175M in synergies represent 300 basis points of margin improvement with significant opportunities for further margin expansion

MOLSON ⓜ

*Coors*

23

*Link to searchable text of slide shown above*

# Revenue Growth Opportunities

**Canada**
- Unleash Coors Light; redirect dollars from Canadian Light to Canadian
- Support value entry to regain share and drive volume savings
- Utilize the ARC technology from UK to drive on-premise listings

**USA**
- Continue to support Coors Light in developmental regions, capitalizing on improving brand attribute ratings
- Expand testing of Marca Bavaria
- Leverage Molson Canadian, Zima, and Molson XXX in the complete US system

**UK**
- Opportunity for Molson Lager

**Brazil**
- Investigate the appeal of Coors Light

**Funding from synergies provides additional support for critical brands in key markets**

MOLSON                                    Coors        24



*Link to searchable text of slide shown above*

# Enhanced Financial Strength

## Pro Forma LTM Molson Coors

(US$M)

| | |
|---|---|
| Net sales | $6,036 |
| Operating income | 694 |
| *Margin* | *11.5%* |
| EBITDA | 996 |
| *Margin* | *16.5%* |
| Free cash flow* | 723 |

*Defined as EBITDA – CAPEX
CAD/USD exchange rate of 1.34
Excludes potential synergies
LTM (last twelve months) ended June 30, 2004

- Substantially enhanced financial strength, and financial flexibility
- Net Debt / LTM EBITDA ratio of 1.9x
- LTM Interest coverage of 7.1x
- US$175M in identified synergies

**Financial strength and flexibility drives growth in revenue, profits and returns**

MOLSON ⓜ

*Coors*

25



*Link to searchable text of slide shown above*

# Molson Coors – A Key Strategic Step

| Value Creation | Critical Mass | Vision |
|---|---|---|
| • Transaction unlocks shareholder value through US$175M of merger synergies<br><br>• Experienced management team can deliver upon key objectives | • Creates top-5 brewer with global scale and diversity<br><br>• Strong cash flow and balance sheet for further investment in business and Molson Coors' future growth | • Natural strategic and cultural fit – new company to combine best of both organizations<br><br>• Vision shared by family owners who have been growing the business for generations<br><br>• Best-run global beer company |

**Enhanced position in consolidating global brewing industry**

MOLSON Ⓜ                                    Coors                    26

*Link to searchable text of slide shown above*



*Link to searchable text of slide shown above*



*Link to searchable text of slide shown above*

# Last Twelve Months Pro Forma Income Statement

| (US$M) | Molson | Coors | Combined | |
| --- | --- | --- | --- | --- |
| | | | Pre-synergies | $175M Synergies |
| Net sales | 1,890 | 4,146 | 6,036 | 6,036 |
| EBIT | 365 | 331 | 696 | 871 |
| Margin | 19.3% | 8.0% | 11.5% | 14.4% |
| EBITDA | 413 | 585 | 998 | 1,173 |
| Margin | 21.8% | 14.1% | 16.5% | 19.4% |
| Net income | 187 | 174 | 361 | 475[1] |
| Free cash flow* | 348 | 377 | 725 | 900 |

LTM as of June 30, 2004
CAD/USD exchange rate of 1.34
Excludes purchase accounting adjustments

* EBITDA – Capex
(1) Synergies taxed at 35%

**Margin Expansion, Stronger Cash Flow, Increased Profits**

MOLSON                 Coors                29

[Link to searchable text of slide shown above]

# Pro Forma Balance Sheet

| (US$M) | Molson | Coors | Combined |
|---|---|---|---|
| Cash | $10.8 | $36.2 | $47.1 |
| **Total current assets** | **$367.6** | **$1,128.5** | **$1,496.1** |
| PP&E | 742.3 | 1,411.0 | 2,153.3 |
| **Total assets** | **$2,931.2** | **$4,532.0** | **$7,463.1** |
| **Total current liabilities** | **$760.9** | **$1,175.9** | **$1,936.8** |
| Total debt | 840.6 | 1,142.1 | 1,982.7 |
| Minority interests | 93.5 | 29.8 | 123.2 |
| Shareholders equity | 929.7 | 1,425.4 | 2,355.1 |
| **Total liabilities and shareholders equity** | **$2,931.2** | **$4,532.0** | **$7,463.1** |

As of June 30, 2004
CAD/USD exchange rate of 1.34
Excludes purchase accounting adjustments

**Low leverage provides Molson Coors the financial flexibility to grow**

MOLSON

Coors

30



*Link to searchable text of slide shown above*