# EXHIBIT 13

Case 1:05-cv-00604-GMS    Document 45-23    Filed 05/31/2006    Page 1 of 13

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 22-Jul-04 | 74.3 | 74.73 | 72.18 | 72.4 | 2395500 | $69.84 |
| 23-Jul-04 | 72.6 | 72.79 | 71.27 | 71.45 | 680900 | $68.93 |
| 26-Jul-04 | 70 | 70.7 | 68.2 | 68.75 | 1336700 | $66.32 |
| 27-Jul-04 | 68.92 | 69.75 | 68.39 | 68.72 | 612300 | $66.29 |
| 28-Jul-04 | 68.72 | 69.19 | 67.84 | 68.31 | 783000 | $65.90 |
| 29-Jul-04 | 68.45 | 68.49 | 67.53 | 67.62 | 295100 | $65.23 |
| 30-Jul-04 | 67.67 | 68.96 | 67.67 | 68.76 | 505200 | $66.33 |
| 2-Aug-04 | 68.74 | 69.85 | 68.72 | 69.02 | 329800 | $66.58 |
| 3-Aug-04 | 68.85 | 69.05 | 67.7 | 67.94 | 308400 | $65.54 |
| 4-Aug-04 | 67.74 | 68.29 | 66.96 | 67.4 | 314500 | $65.02 |
| 5-Aug-04 | 67.55 | 67.55 | 66.07 | 66.52 | 393400 | $64.17 |
| 6-Aug-04 | 66.51 | 66.64 | 66.09 | 66.2 | 644900 | $63.86 |
| 9-Aug-04 | 66.11 | 66.11 | 65.15 | 65.91 | 239500 | $63.58 |
| 10-Aug-04 | 65.91 | 65.91 | 65.44 | 65.74 | 398300 | $63.42 |
| 11-Aug-04 | 65.75 | 66.68 | 65.25 | 66.47 | 519600 | $64.12 |
| 12-Aug-04 | 66.47 | 67.31 | 66.47 | 66.6 | 313700 | $64.25 |
| 13-Aug-04 | 66.72 | 67.95 | 66.59 | 67.6 | 453700 | $65.21 |
| 16-Aug-04 | 67.32 | 67.74 | 66.25 | 66.48 | 333700 | $64.13 |
| 17-Aug-04 | 66.8 | 67.09 | 66.04 | 66.6 | 245900 | $64.25 |
| 18-Aug-04 | 66.7 | 67.1 | 65.99 | 66.92 | 154900 | $64.56 |
| 19-Aug-04 | 67 | 67.18 | 66.6 | 66.98 | 168000 | $64.61 |
| 20-Aug-04 | 66.55 | 67.21 | 66.19 | 67 | 256100 | $64.63 |
| 23-Aug-04 | 67.25 | 68.66 | 67.23 | 68.39 | 265600 | $65.97 |
| 24-Aug-04 | 68.9 | 68.9 | 67.45 | 67.61 | 216800 | $65.22 |
| 25-Aug-04 | 67.8 | 67.91 | 67.41 | 67.77 | 99300 | $65.38 |
| 26-Aug-04 | 67.78 | 67.94 | 67.33 | 67.58 | 112600 | $65.19 |
| 27-Aug-04 | 67.5 | 67.81 | 67.16 | 67.8 | 154800 | $65.60 |
| 30-Aug-04 | 67.7 | 68 | 67.46 | 67.85 | 195900 | $65.65 |
| 31-Aug-04 | 67.95 | 68.58 | 67.95 | 68.49 | 316000 | $66.27 |
| 1-Sep-04 | 68.05 | 68.87 | 68.05 | 68.8 | 256400 | $66.57 |
| 2-Sep-04 | 68.72 | 68.73 | 68.47 | 68.65 | 217800 | $66.43 |
| 3-Sep-04 | 68.75 | 69.34 | 68.71 | 69 | 80500 | $66.77 |
| 7-Sep-04 | 69.05 | 69.35 | 68.82 | 69.13 | 220600 | $66.89 |
| 8-Sep-04 | 69.44 | 69.44 | 68.26 | 69.21 | 285000 | $66.97 |
| 9-Sep-04 | 69 | 69 | 68.31 | 68.56 | 246800 | $66.34 |
| 10-Sep-04 | 68.56 | 68.99 | 68.15 | 68.88 | 148700 | $66.65 |
| 13-Sep-04 | 68.88 | 68.94 | 68.4 | 68.71 | 167000 | $66.48 |
| 14-Sep-04 | 68.81 | 68.84 | 68.04 | 68.38 | 138200 | $66.17 |
| 15-Sep-04 | 68.28 | 68.42 | 67.8 | 68.37 | 189300 | $66.16 |
| 16-Sep-04 | 68.17 | 69.11 | 68.17 | 68.87 | 134800 | $66.64 |
| 17-Sep-04 | 68.97 | 69.32 | 68.75 | 69.24 | 133300 | $67.00 |
| 20-Sep-04 | 69.28 | 69.28 | 67.96 | 68.1 | 175700 | $65.89 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 21-Sep-04 | 68.1 | 68.1 | 67.32 | 67.66 | 274800 | $65.47 |
| 22-Sep-04 | 67.56 | 67.72 | 67.28 | 67.31 | 224000 | $65.13 |
| 23-Sep-04 | 67.31 | 67.85 | 67.28 | 67.53 | 116400 | $65.34 |
| 24-Sep-04 | 67.59 | 67.68 | 67.3 | 67.54 | 65500 | $65.35 |
| 27-Sep-04 | 67.32 | 67.51 | 66.82 | 66.96 | 173100 | $64.79 |
| 28-Sep-04 | 66.86 | 67.07 | 66.55 | 66.75 | 188200 | $64.59 |
| 29-Sep-04 | 66.75 | 66.75 | 66.23 | 66.33 | 106600 | $64.18 |
| 30-Sep-04 | 66.5 | 67.92 | 66.39 | 67.92 | 251300 | $65.72 |
| 1-Oct-04 | 68.12 | 68.19 | 67.34 | 67.75 | 209900 | $65.56 |
| 4-Oct-04 | 67.72 | 68.27 | 67.32 | 67.4 | 153400 | $65.22 |
| 5-Oct-04 | 67.65 | 67.65 | 67.13 | 67.16 | 145800 | $64.98 |
| 6-Oct-04 | 67.06 | 67.45 | 66.29 | 66.49 | 277700 | $64.34 |
| 7-Oct-04 | 66.69 | 66.85 | 65.92 | 66.07 | 347100 | $63.93 |
| 8-Oct-04 | 65.9 | 67.32 | 65.9 | 66.84 | 360600 | $64.68 |
| 11-Oct-04 | 66.99 | 67.1 | 66.34 | 66.53 | 100700 | $64.38 |
| 12-Oct-04 | 66.4 | 66.58 | 65.73 | 66 | 222900 | $63.86 |
| 13-Oct-04 | 66.15 | 66.51 | 65.84 | 66.19 | 201200 | $64.05 |
| 14-Oct-04 | 66.1 | 66.96 | 65.97 | 65.97 | 179400 | $63.83 |
| 15-Oct-04 | 66.22 | 66.66 | 65.85 | 65.98 | 96300 | $63.84 |
| 18-Oct-04 | 66.05 | 66.05 | 65.36 | 65.6 | 178900 | $63.48 |
| 19-Oct-04 | 65.5 | 65.69 | 65.2 | 65.28 | 187700 | $63.17 |
| 20-Oct-04 | 65.15 | 66.65 | 65.11 | 65.95 | 174700 | $63.81 |
| 21-Oct-04 | 66.25 | 66.63 | 65.79 | 66.5 | 189600 | $64.35 |
| 22-Oct-04 | 66.55 | 67.5 | 66.55 | 67.19 | 174700 | $65.01 |
| 25-Oct-04 | 67.09 | 67.21 | 66.03 | 67.21 | 155000 | $65.03 |
| 26-Oct-04 | 67.4 | 67.67 | 66.65 | 67.66 | 124300 | $65.47 |
| 27-Oct-04 | 67.7 | 67.7 | 65.75 | 65.96 | 365400 | $63.82 |
| 28-Oct-04 | 65.96 | 67.88 | 65.22 | 67.53 | 257500 | $65.34 |
| 29-Oct-04 | 67.53 | 68.22 | 66.59 | 66.7 | 211300 | $64.54 |
| 1-Nov-04 | 66.55 | 67.16 | 66.04 | 66.63 | 266900 | $64.47 |
| 2-Nov-04 | 67.09 | 67.9 | 66.99 | 67.81 | 168300 | $65.61 |
| 3-Nov-04 | 68 | 68.54 | 67.75 | 68.28 | 154200 | $66.07 |
| 4-Nov-04 | 68.35 | 69.34 | 68.15 | 69.32 | 127500 | $67.07 |
| 5-Nov-04 | 69.32 | 70.11 | 68.19 | 70.03 | 381800 | $67.76 |
| 8-Nov-04 | 70.25 | 70.89 | 69 | 69.2 | 364600 | $66.96 |
| 9-Nov-04 | 71.9 | 72.49 | 70.75 | 71.27 | 784000 | $68.96 |
| 10-Nov-04 | 71.4 | 71.73 | 70.59 | 70.65 | 239000 | $68.36 |
| 11-Nov-04 | 70.72 | 71.69 | 70.72 | 71.51 | 339200 | $69.19 |
| 12-Nov-04 | 71.51 | 71.89 | 70.95 | 71.88 | 221000 | $69.55 |
| 15-Nov-04 | 72.6 | 72.7 | 71.62 | 71.63 | 535100 | $69.31 |
| 16-Nov-04 | 71.7 | 72.75 | 71.7 | 72.62 | 848300 | $70.27 |
| 17-Nov-04 | 72.8 | 73.83 | 72.71 | 73.66 | 747600 | $71.27 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 18-Nov-04 | 73.66 | 73.67 | 72.26 | 72.53 | 773700 | $70.18 |
| 19-Nov-04 | 72.6 | 72.91 | 72.05 | 72.5 | 250200 | $70.15 |
| 22-Nov-04 | 72.15 | 72.87 | 72.13 | 72.34 | 228900 | $70.00 |
| 23-Nov-04 | 72.5 | 72.5 | 71.5 | 72.14 | 184400 | $69.80 |
| 24-Nov-04 | 72.3 | 72.74 | 71.77 | 72.45 | 154400 | $70.10 |
| 26-Nov-04 | 72.45 | 72.75 | 71.89 | 72.04 | 62000 | $69.90 |
| 29-Nov-04 | 72.24 | 73.2 | 72.02 | 73.09 | 349900 | $70.92 |
| 30-Nov-04 | 73 | 74.98 | 73 | 74.9 | 642500 | $72.68 |
| 1-Dec-04 | 75.5 | 76.55 | 75.06 | 75.14 | 874500 | $72.91 |
| 2-Dec-04 | 75.33 | 75.46 | 74.37 | 74.46 | 568100 | $72.25 |
| 3-Dec-04 | 74.51 | 75.89 | 74.4 | 75.25 | 715500 | $73.02 |
| 6-Dec-04 | 75.5 | 75.69 | 74.51 | 74.69 | 395500 | $72.48 |
| 7-Dec-04 | 74.85 | 75 | 74.03 | 74.6 | 370000 | $72.39 |
| 8-Dec-04 | 74.26 | 74.27 | 73.52 | 74.14 | 840500 | $71.94 |
| 9-Dec-04 | 74.13 | 74.37 | 73.8 | 74.25 | 396500 | $72.05 |
| 10-Dec-04 | 74.1 | 74.1 | 73.55 | 73.55 | 227300 | $71.37 |
| 13-Dec-04 | 73.56 | 74.98 | 73.55 | 74.73 | 620200 | $72.51 |
| 14-Dec-04 | 74.73 | 75.21 | 74.34 | 74.7 | 655600 | $72.49 |
| 15-Dec-04 | 74.88 | 75 | 74.54 | 74.91 | 233500 | $72.69 |
| 16-Dec-04 | 74.91 | 74.91 | 74.2 | 74.59 | 501500 | $72.38 |
| 17-Dec-04 | 74.15 | 74.86 | 74.12 | 74.41 | 397200 | $72.20 |
| 20-Dec-04 | 74.41 | 74.65 | 73.92 | 74.32 | 358000 | $72.12 |
| 21-Dec-04 | 74.32 | 74.8 | 74.05 | 74.8 | 208500 | $72.58 |
| 22-Dec-04 | 74.89 | 74.9 | 74.18 | 74.18 | 228900 | $71.98 |
| 23-Dec-04 | 74.35 | 74.43 | 73.97 | 74.07 | 111200 | $71.87 |
| 27-Dec-04 | 74.31 | 74.4 | 73.41 | 74.39 | 153400 | $72.18 |
| 28-Dec-04 | 74.25 | 75.7 | 74.24 | 75.55 | 349500 | $73.31 |
| 29-Dec-04 | 75.45 | 75.45 | 74.75 | 75.08 | 321800 | $72.85 |
| 30-Dec-04 | 75.11 | 76.13 | 74.96 | 75.86 | 564500 | $73.61 |
| 31-Dec-04 | 76.06 | 76.16 | 75.55 | 75.67 | 132800 | $73.43 |
| 3-Jan-05 | 75.7 | 75.99 | 75.01 | 75.37 | 179400 | $73.14 |
| 4-Jan-05 | 75.37 | 75.37 | 73.34 | 73.85 | 411100 | $71.66 |
| 5-Jan-05 | 73.45 | 73.45 | 71.78 | 72.01 | 558400 | $69.88 |
| 6-Jan-05 | 72.19 | 72.85 | 71.76 | 72.73 | 588200 | $70.57 |
| 7-Jan-05 | 72.91 | 72.96 | 71.57 | 72.19 | 524300 | $70.05 |
| 10-Jan-05 | 72.37 | 75.36 | 72.37 | 75.36 | 1551700 | $73.13 |
| 11-Jan-05 | 75.69 | 75.69 | 74.82 | 75.46 | 949400 | $73.22 |
| 12-Jan-05 | 75.5 | 78.11 | 75.5 | 76 | 2007000 | $73.75 |
| 13-Jan-05 | 76.19 | 76.55 | 75.58 | 76.16 | 1497000 | $73.90 |
| 14-Jan-05 | 76.59 | 76.59 | 73.81 | 74.02 | 3820200 | $71.83 |
| 18-Jan-05 | 74.02 | 74.6 | 73.58 | 74.6 | 1762600 | $72.39 |
| 19-Jan-05 | 74.78 | 75.05 | 74.3 | 74.55 | 1080700 | $72.34 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 20-Jan-05 | 74.42 | 74.81 | 73.8 | 73.91 | 1116500 | $71.72 |
| 21-Jan-05 | 74.09 | 74.75 | 73.86 | 74.48 | 852800 | $72.27 |
| 24-Jan-05 | 74.73 | 75 | 74.45 | 74.62 | 678700 | $72.41 |
| 25-Jan-05 | 74.81 | 74.81 | 72.67 | 73.25 | 1595900 | $71.08 |
| 26-Jan-05 | 73.5 | 74.02 | 73.23 | 73.35 | 805600 | $71.18 |
| 27-Jan-05 | 73.35 | 74.89 | 72.84 | 74.89 | 1616800 | $72.67 |
| 28-Jan-05 | 76 | 76.31 | 72.35 | 72.75 | 4534800 | $70.59 |
| 31-Jan-05 | 73.2 | 75.05 | 71.86 | 74.6 | 2463000 | $72.39 |
| 1-Feb-05 | 74.6 | 75.1 | 74.16 | 75.01 | 1289100 | $72.79 |
| 2-Feb-05 | 75.2 | 75.51 | 74.7 | 75.3 | 1208300 | $73.07 |
| 3-Feb-05 | 75.31 | 76.02 | 75.15 | 76 | 2022000 | $73.75 |
| 4-Feb-05 | 76.3 | 78.12 | 74.84 | 75.75 | 2956500 | $73.50 |
| 7-Feb-05 | 76 | 76.75 | 75.97 | 76.3 | 2438700 | $74.04 |
| 8-Feb-05 | 76.45 | 76.95 | 75.4 | 75.78 | 6359700 | $73.53 |
| 9-Feb-05 | 75.65 | 76 | 73.1 | 73.5 | 2403800 | $71.32 |
| 10-Feb-05 | 73.75 | 73.85 | 69.99 | 71.65 | 1629400 | $69.53 |
| 11-Feb-05 | 71.5 | 73.33 | 70.57 | 73.1 | 1064000 | $70.93 |
| 14-Feb-05 | 71.5 | 72.3 | 70.29 | 70.5 | 1457400 | $68.41 |
| 15-Feb-05 | 70.55 | 70.75 | 70.16 | 70.5 | 1134600 | $68.41 |
| 16-Feb-05 | 70.5 | 71.55 | 70.03 | 71.55 | 1361600 | $69.43 |
| 17-Feb-05 | 71.1 | 71.43 | 70.41 | 70.7 | 1152500 | $68.60 |
| 18-Feb-05 | 70.75 | 70.75 | 69.86 | 70.18 | 557500 | $68.10 |
| 22-Feb-05 | 69.93 | 69.93 | 68.1 | 68.19 | 683000 | $66.17 |
| 23-Feb-05 | 68.19 | 68.25 | 67.43 | 67.73 | 1001400 | $65.72 |
| 24-Feb-05 | 67.8 | 68.88 | 66.95 | 68.42 | 739600 | $66.71 |
| 25-Feb-05 | 68.45 | 69.28 | 67.9 | 68.73 | 1054600 | $67.01 |
| 28-Feb-05 | 68.63 | 69.74 | 68.63 | 69.53 | 1371000 | $67.79 |
| 1-Mar-05 | 68.82 | 68.83 | 67.35 | 68.5 | 1669000 | $66.78 |
| 2-Mar-05 | 68.25 | 69.9 | 67.35 | 69.9 | 1602400 | $68.15 |
| 3-Mar-05 | 71.48 | 71.9 | 70.75 | 71.28 | 2321900 | $69.50 |
| 4-Mar-05 | 71.45 | 71.95 | 71.31 | 71.65 | 1356300 | $69.86 |
| 7-Mar-05 | 71.65 | 71.98 | 71.43 | 71.88 | 1210800 | $70.08 |
| 8-Mar-05 | 71.8 | 73.96 | 71.7 | 73.92 | 2233400 | $72.07 |
| 9-Mar-05 | 73.5 | 74.25 | 73.1 | 73.45 | 1541200 | $71.61 |
| 10-Mar-05 | 73.35 | 74.6 | 73.35 | 74.5 | 1189400 | $72.63 |
| 11-Mar-05 | 74.1 | 74.31 | 73.02 | 74.15 | 998300 | $72.29 |
| 14-Mar-05 | 74.1 | 74.48 | 73.8 | 74.16 | 586800 | $72.30 |
| 15-Mar-05 | 74.16 | 74.77 | 73.94 | 74.25 | 688800 | $72.39 |
| 16-Mar-05 | 74 | 74.48 | 74 | 74.26 | 1174500 | $72.40 |
| 17-Mar-05 | 74.76 | 75.63 | 74.48 | 74.71 | 1169200 | $72.84 |
| 18-Mar-05 | 74.71 | 76 | 74.6 | 75.9 | 1609400 | $74.00 |
| 21-Mar-05 | 75.65 | 75.93 | 75.06 | 75.32 | 576100 | $73.43 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 22-Mar-05 | 75 | 75.49 | 74.54 | 74.57 | 585200 | $72.70 |
| 23-Mar-05 | 74.32 | 75.23 | 74.17 | 74.97 | 584700 | $73.09 |
| 24-Mar-05 | 74.97 | 75.04 | 74.51 | 74.9 | 485000 | $73.02 |
| 28-Mar-05 | 76.9 | 78.5 | 76 | 77.07 | 1737600 | $75.14 |
| 29-Mar-05 | 76.87 | 77.69 | 76.72 | 76.9 | 780800 | $74.97 |
| 30-Mar-05 | 76.91 | 78.18 | 76.82 | 78.04 | 915200 | $76.09 |
| 31-Mar-05 | 78.14 | 78.16 | 76.95 | 77.17 | 1010400 | $75.24 |
| 1-Apr-05 | 77.6 | 78.82 | 77.46 | 77.97 | 1055900 | $76.02 |
| 4-Apr-05 | 77.97 | 78.16 | 77.39 | 77.81 | 740800 | $75.86 |
| 5-Apr-05 | 78.06 | 79.21 | 78 | 78.92 | 506800 | $76.94 |
| 6-Apr-05 | 78.5 | 78.5 | 77.14 | 77.82 | 1361400 | $75.87 |
| 7-Apr-05 | 78.32 | 79.8 | 78.2 | 79.5 | 884300 | $77.51 |
| 8-Apr-05 | 79.4 | 79.99 | 78.91 | 78.99 | 714300 | $77.01 |
| 11-Apr-05 | 79.24 | 79.24 | 78.07 | 78.3 | 554600 | $76.34 |
| 12-Apr-05 | 78.55 | 78.64 | 78.03 | 78.35 | 543100 | $76.39 |
| 13-Apr-05 | 78.6 | 78.6 | 77.09 | 77.25 | 330300 | $75.32 |
| 14-Apr-05 | 77.3 | 77.3 | 76.61 | 76.91 | 719800 | $74.98 |
| 15-Apr-05 | 76.66 | 76.71 | 75.5 | 75.84 | 738300 | $73.94 |
| 18-Apr-05 | 75.8 | 76.2 | 75.4 | 75.87 | 374100 | $73.97 |
| 19-Apr-05 | 75.8 | 76.5 | 75.37 | 76.3 | 529500 | $74.39 |
| 20-Apr-05 | 76.28 | 76.58 | 76.06 | 76.35 | 574900 | $74.44 |
| 21-Apr-05 | 77 | 78.37 | 76.52 | 78.32 | 780700 | $76.36 |
| 22-Apr-05 | 78.32 | 78.32 | 77 | 77.45 | 463700 | $75.51 |
| 25-Apr-05 | 77.7 | 78.2 | 77.58 | 78.12 | 423200 | $76.16 |
| 26-Apr-05 | 78.1 | 78.11 | 77.16 | 77.36 | 540200 | $75.42 |
| 27-Apr-05 | 77.2 | 77.3 | 76.53 | 77.3 | 773400 | $75.36 |
| 28-Apr-05 | 68.25 | 73 | 61.75 | 63 | 8116900 | $61.42 |
| 29-Apr-05 | 62.4 | 62.86 | 60.43 | 61.75 | 2489900 | $60.20 |
| 2-May-05 | 63.45 | 63.9 | 62.38 | 62.45 | 1632100 | $60.89 |
| 3-May-05 | 62.46 | 62.47 | 61.2 | 61.5 | 782400 | $59.96 |
| 4-May-05 | 62.2 | 62.86 | 61 | 62.8 | 889300 | $61.23 |
| 5-May-05 | 62.83 | 63.2 | 62.55 | 62.95 | 1200200 | $61.37 |
| 6-May-05 | 62.9 | 62.95 | 61.7 | 61.84 | 635300 | $60.29 |
| 9-May-05 | 62.24 | 62.69 | 61.79 | 62.27 | 1080900 | $60.71 |
| 10-May-05 | 62.7 | 62.7 | 61.7 | 61.81 | 1103600 | $60.26 |
| 11-May-05 | 62 | 62 | 60.81 | 61.35 | 465900 | $59.81 |
| 12-May-05 | 61.52 | 61.9 | 60.51 | 60.85 | 627500 | $59.33 |
| 13-May-05 | 61 | 61 | 59.77 | 60.2 | 606300 | $58.69 |
| 16-May-05 | 59.95 | 60.78 | 59.82 | 60.55 | 745800 | $59.03 |
| 17-May-05 | 60.05 | 60.35 | 59.65 | 60.1 | 1157400 | $58.60 |
| 18-May-05 | 60.1 | 60.25 | 58.6 | 59.4 | 2131800 | $57.91 |
| 19-May-05 | 59 | 60.3 | 59 | 60.25 | 763800 | $58.74 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 20-May-05 | 60.29 | 61 | 59.8 | 60.4 | 651200 | $58.89 |
| 23-May-05 | 60.35 | 60.9 | 59.88 | 60.25 | 637900 | $58.74 |
| 24-May-05 | 59.8 | 59.8 | 58.79 | 59.39 | 783800 | $57.90 |
| 25-May-05 | 59.37 | 59.92 | 58.72 | 58.96 | 584600 | $57.48 |
| 26-May-05 | 58.66 | 58.66 | 57.37 | 58.09 | 1811900 | $56.94 |
| 27-May-05 | 58.35 | 59.52 | 58.26 | 58.97 | 622200 | $57.81 |
| 31-May-05 | 58.6 | 58.74 | 58.18 | 58.47 | 802200 | $57.32 |
| 1-Jun-05 | 58.58 | 59.53 | 58.43 | 59.07 | 553800 | $57.91 |
| 2-Jun-05 | 59.02 | 59.12 | 58.45 | 58.9 | 723700 | $57.74 |
| 3-Jun-05 | 58.65 | 59.25 | 58.35 | 58.88 | 591500 | $57.72 |
| 6-Jun-05 | 58.82 | 59.42 | 58.53 | 59.09 | 388900 | $57.92 |
| 7-Jun-05 | 59.3 | 59.56 | 58.62 | 58.65 | 829000 | $57.49 |
| 8-Jun-05 | 58.59 | 59.15 | 58.4 | 58.64 | 949600 | $57.48 |
| 9-Jun-05 | 58.8 | 59.39 | 58.28 | 58.81 | 855300 | $57.65 |
| 10-Jun-05 | 58.86 | 60.1 | 58.86 | 59.57 | 613600 | $58.40 |
| 13-Jun-05 | 59.5 | 60.35 | 58.79 | 60.35 | 626100 | $59.16 |
| 14-Jun-05 | 60.35 | 60.49 | 59.36 | 59.68 | 559900 | $58.50 |
| 15-Jun-05 | 59.45 | 59.64 | 58.72 | 58.86 | 1025300 | $57.70 |
| 16-Jun-05 | 58.73 | 59.09 | 58.63 | 58.95 | 732400 | $57.79 |
| 17-Jun-05 | 59.22 | 59.22 | 58.35 | 58.83 | 768700 | $57.67 |
| 20-Jun-05 | 58.73 | 59.86 | 58.46 | 59.65 | 724400 | $58.47 |
| 21-Jun-05 | 59.9 | 59.9 | 59.17 | 59.47 | 427100 | $58.30 |
| 22-Jun-05 | 59.54 | 60.07 | 59.35 | 60.06 | 592000 | $58.88 |
| 23-Jun-05 | 60.06 | 60.3 | 59.66 | 60.17 | 453000 | $58.98 |
| 24-Jun-05 | 60.05 | 60.4 | 59.76 | 59.95 | 763800 | $58.77 |
| 27-Jun-05 | 59.9 | 60.1 | 59.68 | 59.87 | 564700 | $58.69 |
| 28-Jun-05 | 60 | 61.08 | 59.93 | 60.94 | 580700 | $59.74 |
| 29-Jun-05 | 61.19 | 61.46 | 60.82 | 61.38 | 556700 | $60.17 |
| 30-Jun-05 | 61.3 | 62.14 | 61.3 | 62 | 772700 | $60.78 |
| 1-Jul-05 | 62.01 | 62.2 | 61.01 | 61.59 | 442900 | $60.38 |
| 5-Jul-05 | 61.4 | 61.41 | 60.83 | 60.97 | 374700 | $59.77 |
| 6-Jul-05 | 61.15 | 61.15 | 60.13 | 60.31 | 363600 | $59.12 |
| 7-Jul-05 | 59.51 | 60.34 | 59.35 | 60.18 | 720600 | $58.99 |
| 8-Jul-05 | 60.38 | 62.76 | 60.37 | 62.37 | 860400 | $61.14 |
| 11-Jul-05 | 62.95 | 62.95 | 62 | 62.7 | 583000 | $61.46 |
| 12-Jul-05 | 62.81 | 62.81 | 62.09 | 62.37 | 472200 | $61.14 |
| 13-Jul-05 | 62.37 | 64.97 | 61.84 | 64.73 | 1879800 | $63.45 |
| 14-Jul-05 | 64.74 | 64.74 | 63.1 | 63.35 | 1241800 | $62.10 |
| 15-Jul-05 | 63.36 | 63.65 | 62.36 | 63.31 | 721600 | $62.06 |
| 18-Jul-05 | 63.15 | 63.42 | 62.9 | 63.05 | 409700 | $61.81 |
| 19-Jul-05 | 63.35 | 63.43 | 62.73 | 63 | 323900 | $61.76 |
| 20-Jul-05 | 63 | 63.65 | 62.8 | 63.55 | 433800 | $62.30 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 21-Jul-05 | 63.7 | 63.88 | 62.93 | 63.24 | 414500 | $61.99 |
| 22-Jul-05 | 63.52 | 63.65 | 62.76 | 63.58 | 410500 | $62.33 |
| 25-Jul-05 | 63.62 | 63.8 | 62.79 | 62.79 | 274400 | $61.55 |
| 26-Jul-05 | 62.8 | 62.8 | 62.16 | 62.2 | 380200 | $60.97 |
| 27-Jul-05 | 62.2 | 62.9 | 61.46 | 61.69 | 806000 | $60.47 |
| 28-Jul-05 | 61.69 | 63.16 | 61.23 | 63 | 711100 | $61.76 |
| 29-Jul-05 | 62.99 | 63.17 | 62.67 | 62.7 | 980500 | $61.46 |
| 1-Aug-05 | 62.7 | 63.82 | 62.28 | 63.82 | 924600 | $62.56 |
| 2-Aug-05 | 60.7 | 67.18 | 60.7 | 65.17 | 2733000 | $63.89 |
| 3-Aug-05 | 64.7 | 65.15 | 64.45 | 64.63 | 599100 | $63.36 |
| 4-Aug-05 | 64.6 | 64.79 | 63.46 | 63.69 | 653400 | $62.43 |
| 5-Aug-05 | 63.53 | 63.54 | 63.18 | 63.32 | 479800 | $62.07 |
| 8-Aug-05 | 63.4 | 63.51 | 62.65 | 62.8 | 468400 | $61.56 |
| 9-Aug-05 | 62.8 | 62.99 | 62.38 | 62.6 | 446900 | $61.37 |
| 10-Aug-05 | 62.66 | 63.3 | 62.66 | 62.94 | 815000 | $61.70 |
| 11-Aug-05 | 62.94 | 63.3 | 62.59 | 63.01 | 593600 | $61.77 |
| 12-Aug-05 | 63 | 63 | 62.51 | 62.75 | 348300 | $61.51 |
| 15-Aug-05 | 62.79 | 63.6 | 62.66 | 63.6 | 329000 | $62.35 |
| 16-Aug-05 | 63.6 | 64.05 | 63.51 | 63.8 | 633600 | $62.54 |
| 17-Aug-05 | 63.81 | 64.31 | 63.8 | 64.22 | 528600 | $62.95 |
| 18-Aug-05 | 64.1 | 65.1 | 64 | 65.02 | 559600 | $63.74 |
| 19-Aug-05 | 65.1 | 65.1 | 64.28 | 64.5 | 668300 | $63.23 |
| 22-Aug-05 | 64.51 | 65.04 | 63.79 | 63.87 | 762800 | $62.61 |
| 23-Aug-05 | 63.8 | 64.59 | 63.8 | 64.25 | 655400 | $62.98 |
| 24-Aug-05 | 64.25 | 64.54 | 63.96 | 64.05 | 426500 | $62.79 |
| 25-Aug-05 | 64.1 | 64.13 | 63.9 | 63.95 | 217800 | $62.69 |
| 26-Aug-05 | 63.52 | 63.99 | 63.38 | 63.42 | 423400 | $62.17 |
| 29-Aug-05 | 62.75 | 63.65 | 62.36 | 63.55 | 221600 | $62.61 |
| 30-Aug-05 | 63.57 | 63.68 | 63.06 | 63.48 | 230200 | $62.54 |
| 31-Aug-05 | 63.43 | 64.11 | 62.45 | 64.11 | 380300 | $63.16 |
| 1-Sep-05 | 63.95 | 64.29 | 63.21 | 64.25 | 581100 | $63.30 |
| 2-Sep-05 | 64.26 | 64.78 | 64.06 | 64.52 | 420600 | $63.57 |
| 6-Sep-05 | 64.62 | 64.85 | 64.32 | 64.74 | 296600 | $63.79 |
| 7-Sep-05 | 64.74 | 65.36 | 64.5 | 65.34 | 400100 | $64.38 |
| 8-Sep-05 | 65.33 | 65.39 | 64.95 | 65.15 | 560700 | $64.19 |
| 9-Sep-05 | 65.3 | 66.15 | 65.11 | 66.06 | 426500 | $65.09 |
| 12-Sep-05 | 66.06 | 66.06 | 65.31 | 65.88 | 807900 | $64.91 |
| 13-Sep-05 | 65.75 | 66 | 65.57 | 65.94 | 658700 | $64.97 |
| 14-Sep-05 | 65.85 | 66.9 | 65.6 | 66.6 | 897000 | $65.62 |
| 15-Sep-05 | 66.61 | 67.18 | 66.61 | 67.08 | 489400 | $66.09 |
| 16-Sep-05 | 67.08 | 67.68 | 66.81 | 66.95 | 2109300 | $65.96 |
| 19-Sep-05 | 66.78 | 66.82 | 66.4 | 66.7 | 590900 | $65.72 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 20-Sep-05 | 66.55 | 66.69 | 66.25 | 66.37 | 370500 | $65.39 |
| 21-Sep-05 | 66.36 | 66.48 | 64.86 | 64.88 | 442700 | $63.92 |
| 22-Sep-05 | 64.94 | 65.4 | 64.34 | 65.07 | 467200 | $64.11 |
| 23-Sep-05 | 65.1 | 65.2 | 64.4 | 64.55 | 342400 | $63.60 |
| 26-Sep-05 | 64.65 | 64.69 | 63.7 | 63.7 | 516500 | $62.76 |
| 27-Sep-05 | 63.67 | 64.01 | 63.4 | 63.44 | 462800 | $62.50 |
| 28-Sep-05 | 63.48 | 63.7 | 63 | 63.02 | 384100 | $62.09 |
| 29-Sep-05 | 63.02 | 63.44 | 62.94 | 63.38 | 252300 | $62.45 |
| 30-Sep-05 | 63.45 | 64.01 | 63.29 | 64.01 | 365400 | $63.07 |
| 3-Oct-05 | 63.78 | 63.78 | 63.05 | 63.28 | 381800 | $62.35 |
| 4-Oct-05 | 63.28 | 63.91 | 63.2 | 63.41 | 289400 | $62.47 |
| 5-Oct-05 | 65 | 65.5 | 63.62 | 63.62 | 1011700 | $62.68 |
| 6-Oct-05 | 63.72 | 64.27 | 63.03 | 63.37 | 470300 | $62.44 |
| 7-Oct-05 | 63.49 | 63.49 | 62.38 | 62.69 | 432800 | $61.77 |
| 10-Oct-05 | 62.7 | 63.17 | 62.4 | 62.52 | 374700 | $61.60 |
| 11-Oct-05 | 62.5 | 62.85 | 62.01 | 62.19 | 520200 | $61.27 |
| 12-Oct-05 | 62.09 | 62.54 | 61.15 | 61.15 | 440700 | $60.25 |
| 13-Oct-05 | 61.38 | 61.8 | 60.88 | 61.16 | 488600 | $60.26 |
| 14-Oct-05 | 61.28 | 62.11 | 61.1 | 61.81 | 402500 | $60.90 |
| 17-Oct-05 | 62.2 | 62.33 | 61.86 | 62.3 | 373100 | $61.38 |
| 18-Oct-05 | 62.3 | 62.3 | 61.53 | 61.54 | 323100 | $60.63 |
| 19-Oct-05 | 61.25 | 61.51 | 60.84 | 61.27 | 421800 | $60.37 |
| 20-Oct-05 | 61.2 | 61.78 | 60.7 | 61 | 523300 | $60.10 |
| 21-Oct-05 | 61.06 | 61.41 | 60.8 | 60.87 | 784100 | $59.97 |
| 24-Oct-05 | 61 | 61.36 | 60.92 | 61.29 | 234200 | $60.39 |
| 25-Oct-05 | 61.37 | 61.5 | 60.97 | 61.14 | 252600 | $60.24 |
| 26-Oct-05 | 61.15 | 61.74 | 60.89 | 61.04 | 491700 | $60.14 |
| 27-Oct-05 | 61 | 61.23 | 60.89 | 60.9 | 506000 | $60.00 |
| 28-Oct-05 | 61 | 61.18 | 60.79 | 60.9 | 554000 | $60.00 |
| 31-Oct-05 | 61.2 | 61.92 | 61.15 | 61.7 | 444900 | $60.79 |
| 1-Nov-05 | 63.1 | 63.74 | 62.37 | 62.85 | 902300 | $61.92 |
| 2-Nov-05 | 62.9 | 64.28 | 62.65 | 63.9 | 800200 | $62.96 |
| 3-Nov-05 | 64 | 64 | 63.28 | 63.4 | 429400 | $62.47 |
| 4-Nov-05 | 63.4 | 64.6 | 63.39 | 64.1 | 627800 | $63.15 |
| 7-Nov-05 | 64.24 | 64.66 | 64 | 64.52 | 462900 | $63.57 |
| 8-Nov-05 | 64.32 | 64.89 | 64.32 | 64.57 | 417900 | $63.62 |
| 9-Nov-05 | 64.58 | 65.94 | 64.45 | 65.91 | 807200 | $64.94 |
| 10-Nov-05 | 65.92 | 67.1 | 65.92 | 67.02 | 656700 | $66.03 |
| 11-Nov-05 | 67.07 | 67.23 | 66.85 | 67.05 | 243600 | $66.06 |
| 14-Nov-05 | 66.98 | 67.75 | 66.9 | 67.62 | 293700 | $66.62 |
| 15-Nov-05 | 67.5 | 67.59 | 66.89 | 67.3 | 336400 | $66.31 |
| 16-Nov-05 | 67.33 | 67.4 | 66.9 | 67.39 | 321300 | $66.40 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 17-Nov-05 | 67.39 | 67.74 | 67.16 | 67.24 | 385400 | $66.25 |
| 18-Nov-05 | 67.28 | 67.28 | 66.26 | 66.45 | 430400 | $65.47 |
| 21-Nov-05 | 66.45 | 67.21 | 65.9 | 66.95 | 445900 | $65.96 |
| 22-Nov-05 | 66.5 | 66.89 | 65.96 | 66.48 | 359900 | $65.50 |
| 23-Nov-05 | 66.23 | 66.81 | 66.23 | 66.72 | 151300 | $65.74 |
| 25-Nov-05 | 66.82 | 67.25 | 66.68 | 66.7 | 205500 | $65.72 |
| 28-Nov-05 | 66.5 | 67.03 | 66.47 | 66.51 | 245100 | $65.85 |
| 29-Nov-05 | 66.75 | 67.24 | 66.72 | 66.82 | 433900 | $66.15 |
| 30-Nov-05 | 67 | 67.4 | 66.52 | 66.59 | 278000 | $65.92 |
| 1-Dec-05 | 66.7 | 66.97 | 66.67 | 66.8 | 287500 | $66.13 |
| 2-Dec-05 | 66.95 | 67.18 | 66.7 | 67.09 | 339800 | $66.42 |
| 5-Dec-05 | 67 | 67.01 | 66.03 | 66.17 | 368600 | $65.51 |
| 6-Dec-05 | 66.15 | 66.71 | 66.15 | 66.39 | 241600 | $65.73 |
| 7-Dec-05 | 66.39 | 66.5 | 65.73 | 65.75 | 204300 | $65.09 |
| 8-Dec-05 | 65.7 | 65.98 | 65.38 | 65.49 | 242500 | $64.84 |
| 9-Dec-05 | 65.63 | 65.85 | 65.41 | 65.42 | 175300 | $64.77 |
| 12-Dec-05 | 65.45 | 65.7 | 65.07 | 65.4 | 180200 | $64.75 |
| 13-Dec-05 | 65.52 | 66.49 | 65.52 | 66.35 | 329400 | $65.69 |
| 14-Dec-05 | 66.26 | 66.59 | 65.93 | 66.46 | 164200 | $65.80 |
| 15-Dec-05 | 66.45 | 66.46 | 65.51 | 65.86 | 498000 | $65.20 |
| 16-Dec-05 | 66.11 | 66.73 | 65.93 | 66.23 | 621000 | $65.57 |
| 19-Dec-05 | 66.13 | 66.52 | 65.44 | 65.49 | 274900 | $64.84 |
| 20-Dec-05 | 65.66 | 65.79 | 65.14 | 65.29 | 258400 | $64.64 |
| 21-Dec-05 | 65.3 | 65.68 | 65.24 | 65.5 | 257600 | $64.85 |
| 22-Dec-05 | 65.64 | 66.26 | 65.64 | 66.25 | 415200 | $65.59 |
| 23-Dec-05 | 66.19 | 66.36 | 66.1 | 66.28 | 229100 | $65.62 |
| 27-Dec-05 | 66.34 | 67.46 | 66.25 | 67.15 | 301800 | $66.48 |
| 28-Dec-05 | 67.15 | 67.25 | 66.94 | 67.03 | 154600 | $66.36 |
| 29-Dec-05 | 67.03 | 67.25 | 66.84 | 67.02 | 222500 | $66.35 |
| 30-Dec-05 | 66.9 | 67.09 | 66.74 | 66.99 | 154000 | $66.32 |
| 3-Jan-06 | 67 | 67.4 | 66.45 | 67.15 | 310400 | $66.48 |
| 4-Jan-06 | 67.15 | 67.25 | 66.67 | 66.85 | 327600 | $66.18 |
| 5-Jan-06 | 66.77 | 67 | 66.45 | 66.96 | 395800 | $66.29 |
| 6-Jan-06 | 66.99 | 68.07 | 66.98 | 68 | 326800 | $67.32 |
| 9-Jan-06 | 67.84 | 68.86 | 67.84 | 68.82 | 319400 | $68.13 |
| 10-Jan-06 | 68.72 | 68.78 | 68.09 | 68.55 | 174000 | $67.86 |
| 11-Jan-06 | 69 | 69.55 | 68.86 | 69.24 | 394500 | $68.55 |
| 12-Jan-06 | 69.17 | 69.17 | 68.15 | 68.68 | 232600 | $67.99 |
| 13-Jan-06 | 68.89 | 68.95 | 68.67 | 68.85 | 253100 | $68.16 |
| 17-Jan-06 | 68.5 | 68.51 | 66.21 | 66.61 | 973400 | $65.94 |
| 18-Jan-06 | 66.61 | 67.07 | 65.2 | 65.21 | 932600 | $64.56 |
| 19-Jan-06 | 65.21 | 65.44 | 64.56 | 64.94 | 1074800 | $64.29 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
| --- | --- | --- | --- | --- | --- | --- |
| 20-Jan-06 | 64.98 | 65.46 | 64.82 | 65.06 | 678600 | $64.41 |
| 23-Jan-06 | 65.06 | 65.38 | 64.15 | 64.32 | 620300 | $63.68 |
| 24-Jan-06 | 64.27 | 64.54 | 63.2 | 63.23 | 1014900 | $62.60 |
| 25-Jan-06 | 63.8 | 63.8 | 62.68 | 62.81 | 895200 | $62.18 |
| 26-Jan-06 | 63.05 | 63.24 | 62.21 | 62.35 | 1153200 | $61.73 |
| 27-Jan-06 | 61.9 | 62.7 | 61.81 | 62.64 | 745500 | $62.01 |
| 30-Jan-06 | 62.51 | 62.8 | 62.16 | 62.36 | 746500 | $61.74 |
| 31-Jan-06 | 62.5 | 62.85 | 62.4 | 62.5 | 473500 | $61.88 |
| 1-Feb-06 | 62.51 | 63 | 62.36 | 62.57 | 485600 | $61.94 |
| 2-Feb-06 | 62.57 | 62.95 | 62.08 | 62.75 | 575200 | $62.12 |
| 3-Feb-06 | 62.76 | 62.82 | 62.45 | 62.54 | 413500 | $61.91 |
| 6-Feb-06 | 62.6 | 62.92 | 62.37 | 62.57 | 376700 | $61.94 |
| 7-Feb-06 | 62.69 | 63.01 | 62.44 | 62.77 | 342000 | $62.14 |
| 8-Feb-06 | 62.76 | 63.61 | 62.65 | 63.47 | 458300 | $62.84 |
| 9-Feb-06 | 61.5 | 63.82 | 60.75 | 63 | 3045600 | $62.37 |
| 10-Feb-06 | 63 | 63.43 | 63 | 63.23 | 540300 | $62.60 |
| 13-Feb-06 | 63.24 | 63.56 | 63.03 | 63.46 | 222200 | $62.83 |
| 14-Feb-06 | 63.25 | 63.74 | 63.1 | 63.7 | 356500 | $63.06 |
| 15-Feb-06 | 63.73 | 63.73 | 63.2 | 63.52 | 362300 | $62.89 |
| 16-Feb-06 | 63.5 | 63.69 | 63.12 | 63.29 | 226100 | $62.66 |
| 17-Feb-06 | 63.27 | 63.41 | 62.8 | 63.24 | 371200 | $62.61 |
| 21-Feb-06 | 63.14 | 63.49 | 63.11 | 63.29 | 220200 | $62.66 |
| 22-Feb-06 | 63.43 | 64.17 | 63.41 | 63.86 | 850600 | $63.22 |
| 23-Feb-06 | 63.8 | 64.01 | 63.64 | 63.73 | 259600 | $63.09 |
| 24-Feb-06 | 63.55 | 63.74 | 62.74 | 63.17 | 337800 | $62.85 |
| 27-Feb-06 | 62.8 | 63.19 | 62.68 | 62.97 | 400200 | $62.66 |
| 28-Feb-06 | 62.96 | 63.2 | 62.51 | 62.75 | 315500 | $62.44 |
| 1-Mar-06 | 62.6 | 62.64 | 62.5 | 62.56 | 274100 | $62.25 |
| 2-Mar-06 | 63.25 | 64.96 | 63.2 | 64.76 | 954100 | $64.44 |
| 3-Mar-06 | 64.77 | 66.38 | 64.71 | 65.1 | 657500 | $64.77 |
| 6-Mar-06 | 65.25 | 65.8 | 65.12 | 65.37 | 598800 | $65.04 |
| 7-Mar-06 | 65.39 | 65.57 | 64.66 | 65.49 | 478400 | $65.16 |
| 8-Mar-06 | 66.49 | 68.46 | 66.18 | 68 | 1411100 | $67.66 |
| 9-Mar-06 | 67.8 | 68.59 | 67.76 | 68.27 | 651900 | $67.93 |
| 10-Mar-06 | 68.39 | 68.75 | 67.94 | 68.26 | 705700 | $67.92 |
| 13-Mar-06 | 68.56 | 68.63 | 67.6 | 67.6 | 302100 | $67.26 |
| 14-Mar-06 | 67.96 | 68.59 | 67.93 | 68.44 | 482300 | $68.10 |
| 15-Mar-06 | 68.37 | 68.72 | 68.02 | 68.72 | 338100 | $68.38 |
| 16-Mar-06 | 68.7 | 69.6 | 68.68 | 69.35 | 366900 | $69.00 |
| 17-Mar-06 | 69.93 | 69.95 | 69.62 | 69.95 | 473000 | $69.60 |
| 20-Mar-06 | 69.95 | 70.61 | 69.76 | 70.55 | 548700 | $70.20 |
| 21-Mar-06 | 70.67 | 70.78 | 69.77 | 70.01 | 334900 | $69.66 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 22-Mar-06 | 70.01 | 70.59 | 69.78 | 70.43 | 357400 | $70.08 |
| 23-Mar-06 | 70.4 | 70.4 | 69.65 | 69.95 | 240200 | $69.60 |
| 24-Mar-06 | 69.9 | 69.9 | 69.3 | 69.58 | 416300 | $69.23 |
| 27-Mar-06 | 69.58 | 69.58 | 69.08 | 69.1 | 343700 | $68.75 |
| 28-Mar-06 | 69.11 | 69.36 | 68.21 | 68.33 | 574500 | $67.99 |
| 29-Mar-06 | 68.58 | 68.99 | 68.29 | 68.85 | 523500 | $68.51 |
| 30-Mar-06 | 68.95 | 69.42 | 68.4 | 68.69 | 285600 | $68.35 |
| 31-Mar-06 | 68.6 | 68.97 | 68.55 | 68.62 | 165100 | $68.28 |
| 3-Apr-06 | 68.8 | 69.15 | 68.2 | 69.15 | 524400 | $68.80 |
| 4-Apr-06 | 69.35 | 69.68 | 68.7 | 68.85 | 338800 | $68.51 |
| 5-Apr-06 | 68.65 | 69.34 | 68.4 | 68.51 | 624200 | $68.17 |
| 6-Apr-06 | 68.51 | 69.2 | 68.5 | 69.01 | 390700 | $68.66 |
| 7-Apr-06 | 69 | 69.06 | 68.32 | 68.35 | 578100 | $68.01 |
| 10-Apr-06 | 66.6 | 68.07 | 66.55 | 68 | 776700 | $67.66 |
| 11-Apr-06 | 68 | 68.08 | 67.4 | 67.57 | 1082200 | $67.23 |
| 12-Apr-06 | 67.57 | 67.73 | 66.73 | 67.17 | 608900 | $66.83 |
| 13-Apr-06 | 66.92 | 67.41 | 66.71 | 67.2 | 199500 | $66.86 |
| 17-Apr-06 | 67.19 | 67.45 | 66.87 | 67.01 | 164000 | $66.67 |
| 18-Apr-06 | 66.85 | 67.5 | 66.25 | 67.41 | 443500 | $67.07 |
| 19-Apr-06 | 67.35 | 67.83 | 67.3 | 67.36 | 185200 | $67.02 |
| 20-Apr-06 | 67.06 | 68 | 67.03 | 67.39 | 201900 | $67.05 |
| 21-Apr-06 | 69.1 | 71.21 | 68.8 | 70.64 | 1535700 | $70.29 |
| 24-Apr-06 | 70 | 72.64 | 69.8 | 72.33 | 1454400 | $71.97 |
| 25-Apr-06 | 72.36 | 73 | 71.95 | 72.9 | 749900 | $72.54 |
| 26-Apr-06 | 72.73 | 73.96 | 72.6 | 73.4 | 755500 | $73.03 |
| 27-Apr-06 | 73.38 | 73.8 | 72.5 | 73.77 | 552000 | $73.40 |
| 28-Apr-06 | 73.6 | 74.1 | 73.3 | 73.86 | 477500 | $73.49 |
| 1-May-06 | 72.8 | 72.85 | 71.4 | 71.5 | 1168800 | $71.14 |
| 2-May-06 | 70.75 | 70.75 | 68.5 | 69.02 | 1660000 | $68.67 |
| 3-May-06 | 68 | 68.25 | 66.82 | 66.94 | 1074300 | $66.61 |
| 4-May-06 | 66.94 | 67.61 | 66.82 | 67.1 | 424800 | $66.76 |
| 5-May-06 | 67.3 | 67.77 | 66.8 | 67.45 | 468000 | $67.11 |
| 8-May-06 | 67.65 | 68 | 67.36 | 67.56 | 386700 | $67.22 |
| 9-May-06 | 67.54 | 68.02 | 67.35 | 67.61 | 317800 | $67.27 |
| 10-May-06 | 67.6 | 68 | 66.83 | 67.11 | 259900 | $66.77 |
| 11-May-06 | 67.11 | 67.54 | 66.03 | 66.12 | 428800 | $65.79 |
| 12-May-06 | 66.12 | 66.66 | 65.5 | 65.88 | 407100 | $65.55 |
| 15-May-06 | 65.85 | 66.5 | 65.8 | 66.46 | 375400 | $66.13 |
| 16-May-06 | 66.45 | 66.55 | 66 | 66.15 | 260500 | $65.82 |
| 17-May-06 | 66 | 66.36 | 65.79 | 65.84 | 469500 | $65.51 |
| 18-May-06 | 65.8 | 65.95 | 64.71 | 64.87 | 457100 | $64.55 |
| 19-May-06 | 65.15 | 65.35 | 64.66 | 64.93 | 708300 | $64.61 |

Molson Coors Brewing Company
Historical Stock Prices
Daily, July 22, 2004 to Present

| Date | Open | High | Low | Close | Volume | Adj. Close* |
|---|---|---|---|---|---|---|
| 22-May-06 | 64.5 | 65 | 63.93 | 64.25 | 473600 | $63.93 |
| 23-May-06 | 64.33 | 64.99 | 64 | 64.01 | 337000 | $63.69 |
| 24-May-06 | 63.66 | 64.25 | 63.43 | 64 | 402900 | $63.68 |
| 25-May-06 | 64.09 | 64.53 | 63.7 | 64 | 320600 | $63.68 |
| 26-May-06 | 63.73 | 64.47 | 63.71 | 63.98 | 285600 | $63.98 |
| 30-May-06 | 63.98 | 64.55 | 63.57 | 64 | 331200 | $64.00 |