# EXHIBIT 14

Molson Coors Brewing Company
Historical Dividends
July 22, 2004 to Present

| Date | Dividends |
|---|---|
| 26-May-06 | 0.32 |
| 24-Feb-06 | 0.32 |
| 28-Nov-05 | 0.32 |
| 29-Aug-05 | 0.32 |
| 26-May-05 | 0.32 |
| 24-Feb-05 | 0.32 |
| 26-Nov-04 | 0.205 |
| 27-Aug-04 | 0.205 |