UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, BARBARA ALBANESI, DAVID BARNES, CHAT CHATTERJEE, JAMES FREDERICKS, MICHAEL J. GANNON, ROBERT KLUGMAN, MICHAEL KRUTECK, VONDA MILLS, MICHAEL RUMLEY, BEN SCHWARTZ, KATHERINE L. MACWILLIAMS, HAROLD R. SMETHHILLS, JEFF MORGAN, ROB WITWER, TIMOTHY WOLF, W. LEO KIELY III, PETER H. COORS, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, and ALBERT C. YATES,<br><br>Defendants. | Civil Action No.: 05-cv-604-KAJ |

## STIPULATION AND ORDER

WHEREAS, Plaintiff filed his Amended Class Action Complaint for Violation of ERISA on March 30, 2006 and Defendants filed their Motion to Dismiss the Amended Complaint and Opening Brief in Support thereof on May 31, 2006 in accordance with the Stipulation and Order (D.I. #22, entered December 16, 2005) and amended by the Stipulation and Order (D.I. #24, entered March 2, 2006); and

WHEREAS the Plaintiff's answering brief is currently due to be filed on or before July 31, 2006 and Defendants' reply brief is currently due to be filed on or before August 31, 2006.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by the parties hereto,

RLF1-3039674-1

by and through their undersigned counsel and subject to the approval of the Court, that the Stipulation and Order (D.I. #22, entered December 16, 2005) and amended on March 7, 2006 (D.I. #24) is hereby further amended to provide as follows:

1. Plaintiff's answering brief in opposition to Defendants' Motion to Dismiss shall be filed on or before August 7, 2006;

2. Defendants' reply brief in support of their Motion to Dismiss shall be filed on or before September 7, 2006.

3. As previously ordered, discovery is stayed during the pendency of Defendants' Motion to Dismiss.

Of Counsel:

Thomas J. McKenna
Gainey & McKenna
485 Fifth Avenue, 3rd Floor
New York, NY 10017
Tel: (212) 983-1300

Kenneth Vianale
Vianale & Vianale LLP
2499 Glades Road, Suite 112
Boca Raton, FL 33413
Tel: (561) 392-4750

CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*

Pamela S. Tikellis (#2172)
pamelatikellis@chimicles.com
Robert J. Kriner (#2546)
robertkriner@chimicles.com
A. Zachary Naylor (#4439)
zacharynaylor@chimicles.com
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Tel: (302) 656-2500

Attorneys for Plaintiff

Dated: July 21, 2006

RLF1-3039674-1

| | |
|---|---|
| Of Counsel:<br><br>Brian T. Ortelere<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5150/5201<br><br>Donald L. Havermann<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5072<br><br>Tamsin J. Newman<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0600<br>(212) 309-6367<br><br>Attorneys for Defendants Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, and Albert C. Yates, Barbara Albanesi, David Barnes, Chat Chatterjee, James Fredericks, Michael J. Gannon, Robert Klugman, Michael Kruteck, Vonda Mills, Jeff Morgan, Michael Rumley, Ben Schwartz, Rob Witwer, Timothy Wolf, Katherine L. MacWilliams and Harold R. Smethhills | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Elizabeth C. Tucker*<br>Charles B. Richards, Jr. (#701)<br>richards@rlf.com<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Elizabeth C. Tucker (#4468)<br>tucker@rlf.com<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br><br>Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, and Albert C. Yates, Barbara Albanesi, David Barnes, Chat Chatterjee, James Fredericks, Michael J. Gannon, Robert Klugman, Michael Kruteck, Vonda Mills, Jeff Morgan, Michael Rumley, Ben Schwartz, Rob Witwer, Timothy Wolf, Katherine L. MacWilliams and Harold R. Smethhills |

Dated: July 20, 2006

So **ORDERED** this ___ day of July 2006

---

The Honorable Kent A. Jordan
United States District Judge