## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 7th day of August, 2006, I caused copies of the foregoing Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint to be served on the following by e-filing:

> Charles P. Richards, Jr.
> Jeffrey L. Moyer
> Elizabeth C. Tucker
> John Douglas Hendershot
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899

_____
A. Zachary Naylor (No. 4439)