## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ELIZABETH C. TUCKER

DIRECT DIAL NUMBER
302-651-7618
TUCKER@RLF.COM

September 1, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for
  the District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:    **Phillips v. Molson Coors Brewing Company, C.A. No. 05-604-KAJ**

Dear Judge Jordan:

Pursuant to District of Delaware Local Rule 7.1.4, Defendants respectfully request that Your Honor hear oral argument on Defendants' Motion to Dismiss the Amended Complaint. With the filing of Defendants' Reply Brief today, the parties have completed briefing on the Motion.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*Elizabeth C. Tucker*

Elizabeth C. Tucker (#4468)

cc:    Clerk of the Court (by electronic filing)
       Pamela S. Tikellis, Esquire (by electronic filing)

RLF1-3054238-1