# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>MOLSON COORS BREWING COMPANY, COORS PLAN INVESTMENT AND ADMINISTRATION COMMITTEE, BARBARA ALBANESI, DAVID BARNES, CHAT CHATTERJEE, JAMES FREDERICKS, MICHAEL J. GANNON, ROBERT KLUGMAN, MICHAEL KRUTECK, VONDA MILLS, MICHAEL RUMLEY, BEN SCHWARTZ, KATHERINE L. MACWILLIAMS, HAROLD R. SMETHHILLS, JEFF MORGAN, ROB WITWER, TIMOTHY WOLF, W. LEO KIELY III, PETER H. COORS, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-50,<br><br>               Defendants. | Civil Action No.: 05CV604 (***) |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this notice of supplemental authority in order to bring to the Court's attention a recent Court of Appeals decision that directly bears on the Defendants' Motion to Dismiss, currently pending before this Court.

On August 15, 2007, in the matter entitled *Bridges v. American Electric Power Co., Inc.*, --- F.3d ---, 2007 WL 2316722 (6th Cir. Aug. 15, 2007) ("*AEP*"), the Sixth Circuit issued a unanimous opinion, adopting *in toto*, the Seventh Circuit's recent decision in *Harzewski v.*

*Guidant Corp.*, 489 F.3d 799, 804 (7th Cir. 2007),[1] holding that "a former employee like [plaintiff] has 'participant' standing despite having 'cashed out' his defined-contribution plan." Id., at *2. A true and correct copy of the *AEP* decision is attached hereto and incorporated herein by reference as Exhibit A for the Court's convenience.

Because, like the previously submitted *Guidant* and *Graden* decisions, the *AEP* decision directly supports the arguments made by Plaintiff in this matter, we respectfully submit the same for the Court's consideration.

Date: August 20, 2007

                                CHIMICLES & TIKELLIS LLP

                                By: _____
                                Pamela S. Tikellis (#2172)
                                Robert J. Kriner, Jr. (#2546)
                                A. Zachary Naylor (#4439)
                                One Rodney Square
                                Wilmington, DE 19899
                                Tel: (302) 656-2500

                                **GAINEY & McKENNA**
                                Thomas J. McKenna
                                295 Madison Avenue, 4th Floor
                                New York, New York 10017
                                Tel: 212-983-1300

                                **VIANALE & VIANALE LLP**
                                Kenneth Vianale, Esq.
                                2499 Glades Road, Suite 112
                                Boca Raton, Florida 33431
                                Tel: (561) 392-4750

                                *Attorneys for Plaintiff*

---

[1]    The *Guidant* and *Graden v. Conexant Sys.*, No. 06-2337, 2007 WL 2177170 (3d Cir. July 31, 2007) decisions were the subject of Plaintiff's Notice of Supplemental Authority submitted August 9, 2007 and *Graden* was annexed as an exhibit thereto.