IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, ET AL.,<br><br>Defendants. | Civil Action No. 05-604-***-LPS |

**ORDER**

At Wilmington this 20th day of December, 2007.

For the reasons set forth by the Court during the teleconference on December 19, 2007,

IT IS HEREBY ORDERED that:

1. This action is STAYED until the Supreme Court issues its decision in LaRue v. DeWolff, Boberg & Associates, Inc., a case now pending before it.

2. No later than thirty (30) days after the Supreme Court issues its decision in LaRue, the parties shall file simultaneous briefs of no more than fifteen (15) pages each. The submissions shall address the pending motion to dismiss (D.I. 43), including discussion of the relevance, if any, of the Supreme Court decision in LaRue. No later than ten (10) days after the filing of the simultaneous briefs, each party may, if desired file a response of no more than five (5) pages.

_____
UNITED STATES MAGISTRATE JUDGE