IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER PHILLIPS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-604-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, on December 19, 2007, Magistrate Judge Stark conducted a telephone conference in the above-referenced case;

WHEREAS, the parties informed Magistrate Judge Stark during the telephone conference that there are several cases decided since briefing on defendants' motion to dismiss was completed that would be beneficial for the Court to consider in deciding the motion to dismiss;

WHEREAS, during the telephone conference, Magistrate Judge Stark ordered that this case be stayed until the Supreme Court issues its decision in *La Rue v DeWolff, Boberg & Associates, Inc.*;

WHEREAS, at the parties' request, Magistrate Judge Stark also ordered that the parties will be permitted to submit supplemental briefing on defendants' motion to dismiss on the following schedule:

    1.    Simultaneous opening briefs of no more than 15 pages no later than 30 days after the issuance of the Supreme Court's decision in *LaRue*;

RLF1-3256000-2

2.  Responsive briefs of no more than 5 pages no later than 10 days after the filing of the simultaneous briefs;

WHEREAS, on February 20, 2008, the Supreme Court issued its opinion in *LaRue*;

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that:

1.  The stay ordered by Magistrate Judge Stark on December 20, 2007 is hereby lifted;

2.  The parties will submit supplemental briefs of no more than 15 pages in length no later than March 24, 2008;

3.  The parties will submit responses to the supplemental briefs of no more than 5 pages in length no later than April 3, 2008.

Of Counsel:

Thomas J. McKenna
Gainey & McKenna
485 Fifth Avenue, 3rd Floor
New York, New York 10017
(212) 983-1300

Kenneth Vianale
Vianale & Vianale LLP
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
(561) 392-4750

Dated: February 25, 2008

/s/ A. Zachary Naylor
Pamela S. Tikellis (#2172)
*pamelatikellis@chimicles.com*
Robert J. Kriner (#2546)
*robertkriner@chimicles.com*
A. Zachary Naylor (#4439)
*zacharynaylor@chimicles.com*
Chimicles & Tikellis LLP
One Rodney Square, P.O. Box 1035
Wilmington, Delaware 19899-1035
(302) 656-2500
Attorneys for Plaintiffs

| | |
|---|---|
| Of Counsel:<br><br>Brian T. Ortelere<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5150/5201<br><br>Donald L. Havermann<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5072<br>Attorneys for Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Barbara Albanesi, David Barnes, Chat Chatterjee, James Fredericks, Michael J. Gannon, Robert Klugman, Michael Kruteck, Vonda Mills, Jeff Morgan, Michael Rumley, Ben Schwartz, Rob Witwer, Timothy Wolf, Katherine L. MacWilliams and Harold R. Smethhills<br><br>February 25, 2008 | */s/ Elizabeth T. Sudderth*<br>Charles F. Richards, Jr. (#701)<br>*richards@rlf.com*<br>Jeffrey L. Moyer (#3309)<br>*moyer@rlf.com*<br>Elizabeth Tucker Sudderth (#4468)<br>*sudderth@rlf.com*<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br>Attorneys for Defendants |

**SO ORDERED** this ____ day of _____, 2008

_____
The Honorable Gregory M. Sleet
United States District Judge

RLF1-3256000-2