# EXHIBIT A

Yahoo! My Yahoo! Mail   Welcome, anthonh11   Sign Out   Help

Web Search

Dow ↑ 0.16%   Nasdaq ↑ 0.63%        Wed, Apr 2, 2008, 11:55AM ET · **U.S. Markets close in 4hrs 5mins.**

GET QUOTES    Finance Search

## Molson Coors Brewing Company (TAP)

At 11:24AM ET: **54.20** ↑ 0.15 (0.28%)




### Historical Prices

Get **Historical Prices** for: [    ]   GO

**SET DATE RANGE**

Start Date: Apr 15 2005    Eg. Jan 1, 2003
End Date:  May 15 2005

○ Daily
○ Weekly
○ Monthly
○ Dividends Only

Get Prices

ADVERTISEMENT



Trade Directly From Charts ... All on One Screen!

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 13-May-05 | 61.00 | 61.00 | 59.77 | 60.20 | 1,212,600 | 28.58 |
| 12-May-05 | 61.52 | 61.90 | 60.51 | 60.85 | 1,255,000 | 28.89 |
| 11-May-05 | 62.00 | 62.00 | 60.81 | 61.35 | 931,800 | 29.13 |
| 10-May-05 | 62.70 | 62.70 | 61.70 | 61.81 | 2,207,200 | 29.35 |
| 9-May-05 | 62.24 | 62.69 | 61.79 | 62.27 | 2,161,800 | 29.57 |
| 6-May-05 | 62.90 | 62.95 | 61.70 | 61.84 | 1,270,600 | 29.36 |
| 5-May-05 | 62.83 | 63.20 | 62.55 | 62.95 | 2,400,400 | 29.89 |
| 4-May-05 | 62.20 | 62.86 | 61.00 | 62.80 | 1,778,600 | 29.82 |
| 3-May-05 | 62.46 | 62.47 | 61.20 | 61.50 | 1,564,800 | 29.20 |
| 2-May-05 | 63.45 | 63.90 | 62.38 | 62.45 | 3,264,200 | 29.65 |
| 29-Apr-05 | 62.40 | 62.86 | 60.43 | (61.75) | 4,979,800 | 29.32 |
| 28-Apr-05 | 68.25 | 73.00 | 61.75 | 63.00 | 16,233,800 | 29.91 |
| 27-Apr-05 | 77.20 | 77.30 | 76.53 | 77.30 | 1,546,800 | 36.70 |
| 26-Apr-05 | 78.10 | 78.11 | 77.16 | 77.36 | 1,080,400 | 36.73 |
| 25-Apr-05 | 77.70 | 78.20 | 77.58 | 78.12 | 846,400 | 37.09 |
| 22-Apr-05 | 78.32 | 78.32 | 77.00 | 77.45 | 927,400 | 36.78 |
| 21-Apr-05 | 77.00 | 78.37 | 76.52 | 78.32 | 1,561,400 | 37.19 |
| 20-Apr-05 | 76.28 | 76.58 | 76.06 | 76.35 | 1,149,800 | 36.25 |
| 19-Apr-05 | 75.80 | 76.50 | 75.37 | 76.30 | 1,059,000 | 36.23 |
| 18-Apr-05 | 75.80 | 76.20 | 75.40 | 75.87 | 748,200 | 36.03 |

Yahoo! My Yahoo! Mail   Welcome, anthonh11   Sign Out   Help

Dow ↑ 0.21%   Nasdaq ↑ 0.65%    Wed, Apr 2, 2008, 11:57AM ET - **U.S. Markets close in 4hrs 3mins.**

GET QUOTES    Finance Search

## Molson Coors Brewing Company (TAP)

At 11:34AM ET: **54.20** ↑ 0.15 (0.28%)

### Historical Prices

Get **Historical Prices** for: [    ] GO

**SET DATE RANGE**

Start Date: Oct 30 2007    Eg. Jan 1, 2003
End Date: Nov 5 2007

- ● Daily
- ○ Weekly
- ○ Monthly
- ○ Dividends Only

Get Prices

ADVERTISEMENT



First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 5-Nov-07 | 55.51 | 57.05 | 55.51 | 56.58 | 1,617,500 | 56.24 |
| 2-Nov-07 | 55.16 | 55.77 | 54.61 | 55.71 | 1,370,700 | 55.37 |
| 1-Nov-07 | 56.16 | 56.25 | 54.79 | 54.81 | 1,341,500 | 54.48 |
| 31-Oct-07 | 56.80 | (57.70) | 56.61 | 57.23 | 1,301,600 | 56.88 |
| 30-Oct-07 | 56.79 | 57.41 | 56.33 | 56.60 | 1,220,500 | 56.26 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet



Add to Portfolio   Set Alert   Email to a Friend

Get **Historical Prices** for Another Symbol: [    ] GO | Symbol Lookup