**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

ELIZABETH TUCKER SUDDERTH

DIRECT DIAL NUMBER
302-651-7618
TUCKER@RLF.COM

April 3, 2008

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court for
the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   Phillips v. Molson Coors Brewing Company, C.A. No. 05-604-GMS

Dear Chief Judge Sleet:

Pursuant to District of Delaware Local Rule 7.1.4, Defendants respectfully request that Your Honor hear oral argument on Defendants' Motion to Dismiss the Amended Complaint. With the filing of the parties' responsive briefs today, the parties have completed supplemental briefing on the Motion.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Elizabeth Tucker Sudderth

Elizabeth Tucker Sudderth (#4468)

cc:   Clerk of the Court (by electronic filing)
Pamela S. Tikellis, Esquire (by electronic filing)

RLF1-3269181-1