

RICHARDS
LAYTON &
FINGER

Elizabeth T. Sudderth
302-651-7618
Sudderth@rlf.com

July 18, 2008

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
844 N. King St.
Wilmington, DE 19801

Re:     **Phillips v. Molson Coors Brewing Co., et al., C.A. No. 05-604-GMS**

Dear Chief Judge Sleet:

I write on behalf of the parties to inform Your Honor that the parties have reached a tentative agreement to settle the captioned case. The parties expect to file a notice of dismissal with prejudice once the settlement papers are completed and executed.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*Elizabeth T Sudderth*

Elizabeth T. Sudderth (#4468)

cc:   Brian Ortelere, Esq.
      A. Zachary Naylor, Esq.
      Ken Vianale, Esq.